1  THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
   County of San Diego
2  By JAMES M. CHAPIN, Senior Deputy (State Bar No. 118530)
   1600 Pacific Highway, Room 355
3  San Diego, California 92101-2469
   Telephone: (619) 531-5244; Fax: (619) 531-6005
4  E-mail: james.chapin@sdcounty.ca.gov

5  Attorneys for Defendants County of San Diego, San Diego County Sheriff's Department,
   William Gore, Dean Allen, Aaron Brooke, Sandra Carbajal, Marcos Collins,
6  Richard Fischer, Janae Krull, Michael Lee, Jenny Martinson, Tamani Pugh, Kevin Ralph,
   Jovonni Silva, Billy Tennison

7

8                   **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| K.J.P., a minor, and K.P.P., a minor, individually, by and through their mother, LOAN THI MINH NGUYEN, who also sues individually and as successor in interest to her now deceased husband, Lucky Phounsy, and KIMBERLY NANG CHANTHAPHANH, individually,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SAN DIEGO; San Diego Sheriff WILLIAM GORE; RICHARD FISCHER; KEVIN RALPH; MARCOS COLLINS; JANAE KRULL; SANDRA (JANET) CARBAJAL; BILLY TENNISION, III; DEAN ALLEN; MICHAEL LEE; JENNY MARTINSON; TAMANI PUGH; AARON BROOKE; JOVONNI SILVA; CITY OF SANTEE; AARON BAGLEY; AARON HACKETT; AARON DO; ADAM DANIELS; DANIEL NEOW; LAKESIDE FIRE PROTECTION DISTRICT; MARC POYNTER; DAVID CSIK,<br><br>　　　　Defendants. | No. 15cv2692-H(MDD)<br><br>NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON BEHALF OF COUNTY OF SAN DIEGO DEFENDANTS<br><br>[Fed.R.Civ.P. 56]<br><br>Date: July 31, 2017<br>Time: 10:30 a.m.<br>Dept.: 15A - Courtroom of the Honorable Marilyn L. Huff<br>Pre-Trial Conference: October 2, 2017 |

26  TO:   PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

27  　　　PLEASE TAKE NOTICE that on July 31, 2017, at 10:30 a.m., or as soon

28  thereafter as the matter may be heard, in the courtroom of the Honorable Marilyn L. Huff,

1  United States District Judge, located at 221 West Broadway, San Diego, California,
2  Defendants County of San Diego, San Diego County Sheriff's Department, William
3  Gore, Dean Allen, Aaron Brooke, Sandra Carbajal, Marcos Collins, Richard Fischer,
4  Janae Krull, Michael Lee, Jenny Martinson, Tamani Pugh, Kevin Ralph, Jovonni Silva
5  and Billy Tennison will move this Court for summary judgment pursuant to Federal
6  Rules of Civil Procedure, rule 56.  The grounds for this motion are that there are no
7  genuine issues as to any of the material facts, and the moving parties are entitled to
8  summary judgment as a matter of law.

9      This motion is based upon this notice of motion and motion, the accompanying
10 memorandum of points and authorities, the separate statement of undisputed material
11 facts and supporting evidence, the notice of lodgment and Exhibits A - R attached
12 thereto, on all pleadings and papers on file in this action, and upon such other matters as
13 may be presented to the Court at the time of the hearing.

14 DATED:  June 22, 2017          THOMAS E. MONTGOMERY, County Counsel

15                                   By: s/ JAMES M. CHAPIN, Senior Deputy
Attorneys for Defendants County of
San Diego, San Diego County Sheriff's Department,
William Gore, Dean Allen, Aaron Brooke,
Sandra Carbajal, Marcos Collins, Richard Fischer,
Janae Krull, Michael Lee, Jenny Martinson,
Tamani Pugh, Kevin Ralph, Jovonni Silva,
Billy Tennison
E-mail: james.chapin@sdcounty.ca.gov