GERALD SINGLETON (SBN 208783)
BRODY A. McBRIDE (SBN 270852)
SINGLETON LAW FIRM, APC
115 West Plaza Street
Solana Beach, CA 92075
Tel: (760) 697-1330
Fax: (760) 697-1329
Email: gerald@geraldsingleton.com
       brody@geraldsingleton.com

JOHN BURTON (SBN 86029)
THE LAW OFFICES OF JOHN BURTON
The Marine Building
128 North Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 449-8300
Fax: (626) 449-4417
Email: jb@johnburtonlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.J.P., a minor, and K.P.P., a minor, individually, by and through their mother, LOAN THI MINH NGUYEN, who also sues individually and as successor in interest to her now deceased husband, Lucky Phounsy, and KIMBERLY NANG CHANTHAPHANH, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO et al.,<br><br>Defendants. | Case No. 15-cv-02692-H-MDD<br><br>**DECLARATION OF BRODY A. McBRIDE IN OPPOSITION TO SANTEE AND LAKESIDE DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Marilyn L. Huff<br>Ct. Rm.: 15A (Carter-Keep Courthouse)<br>Date: August 14, 2017<br>Time: 10:30 a.m. |

/ / /

/ / /

/ / /

I, Brody A. McBride, declare:

1. I have personal knowledge of, and (if called as a witness) would competently testify to, the following facts.

2. I am an attorney at law, licensed to practice before this Court, and an associate at Singleton Law Firm, APC, which represents Plaintiffs in this case, along with the Law Offices of John Burton.

3. I submit this declaration in opposition to the Santee and Lakeside Defendants' Joint Motion for Summary Judgment.

4. A complete and accurate copy of excerpts from the deposition of Loan Nguyen are attached hereto as **Exhibit A**.

5. A complete and accurate copy of excerpts from the deposition of Greg Kelley are attached hereto as **Exhibit B**.

6. A complete and accurate copy of excerpts from the deposition of Aaron Bagley are attached hereto as **Exhibit C**.

7. A complete and accurate copy of excerpts from the deposition of David Csik are attached hereto as **Exhibit D**.

8. A complete and accurate copy of excerpts from the deposition of Marcos Collins are attached hereto as **Exhibit E**.

9. A complete and accurate copy of excerpts from the deposition of Janae Krull are attached hereto as **Exhibit F**.

10. A complete and accurate copy of excerpts from the deposition of Adam Daniels are attached hereto as **Exhibit G**.

11. A complete and accurate copy of excerpts from the deposition of Jenny Martinson are attached hereto as **Exhibit H**.

12. A complete and accurate copy of excerpts from the deposition of Billy Joe Tennison, III are attached hereto as **Exhibit I**.

13. A complete and accurate copy of excerpts from the deposition of Jovonni Silva are attached hereto as **Exhibit J**.

14. A complete and accurate copy of excerpts from the deposition of Aaron Hackett are attached hereto as **Exhibit K**.

15. A complete and accurate copy of excerpts from the deposition of Richard Fischer are attached hereto as **Exhibit L**.

16. A complete and accurate copy of the expert report that Dr. Jerry Thrush prepared for this case, along with a complete and accurate copy of Dr. Thrush's CV, is attached hereto as **Exhibit M**.

17. A complete and accurate copy of excerpts from the deposition of Daniel Nenow are attached hereto as **Exhibit N**.

18. A complete and accurate copy of excerpts from the deposition of Marc Poynter are attached hereto as **Exhibit O**.

19. A complete and accurate copy of excerpts from the deposition of Aaron Jacob Brooke are attached hereto as **Exhibit P**.

20. A complete and accurate copy of the expert report that Dr. Kris Sperry prepared for this case, along with a complete and accurate copy of Dr. Sperry's CV, is attached hereto as **Exhibit Q**.

I declare, under penalty of perjury under the laws of the state of California, that the foregoing matters are true and correct.

Dated: July 31, 2017                               *s/Brody A. McBride*
                                                   Brody A. McBride, Esq.