# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.J.P., a minor, and K.P.P., a minor, individually, by and through their mother, LOAN THI MINH NGUYEN, who also sues individually and as successor in interest to her now deceased husband, Lucky Phounsy, and KIMBERLY NANG CHANTHAPHANH, individually,<br><br>                           Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, San Diego Sheriff WILIAM GORE, Sheriff's Department Deputy RICHARD FISHER, CITY OF SANTEE, Santee Fire Department Fire Captain AARON BAGLEY, LAKESIDE FIRE PROTECTION DISTRICT, Lakeside Fire Protection District Firefighter/Paramedic MARC POYNTER, Santee Fire Department Firefighter/Paramedic AARON HACKETT, Lakeside Fire Protection District Firefighter/Paramedic DAVID CSIK, Sheriff's Department Sergeant KEVIN RALPH, Sheriff's Department Corporal MARCOS COLLINS, Sheriff's Department Deputy JANAE KRULL, Sheriff's Department Deputy SANDRA CARBAJAL, Sheriff's Department | Case No.: 3:15-cv-2692-H-MDD<br><br>**ORDER DENYING, IN PART, AND GRANTING, IN PART, PARTIES' MOTION TO CONTINUE**<br><br>[Doc. No. 114] |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Deputy BILLY TENNISON, III, Sheriff's Department Deputy DEAN ALLEN, Sheriff's Department Deputy MICHAEL LEE, Sheriff's Department Deputy, JENNY MARTINSON, Sheriff's Department Deputy TAMANI PUGH, Sheriff's Department Corporal AARON BROOKE, and Sheriff's Department Deputy JOVONNI SILVA,<br><br>                              Defendants. |

On June 22 and 23, 2017, Defendants filed motions for summary judgment. (Doc. Nos. 97, 98.) On July 11, 2017, the parties jointly moved to extend the briefing schedule and continue the hearing date until August 14, 2017. (Doc. No. 102.) The Court granted the parties' motion. (Doc. No. 103.) On August 11, 2017, the Court submitted the motions on the papers. (Doc. No. 113.) On August 16, 2017, the parties filed a joint motion to continue various pre-trial dates, including the pre-trial conference, arguing that compliance with dates is complicated in light of the pending summary judgment motions. (Doc. No. 114.)

On August 17, 2017, the Court issued an order granting summary judgment to Defendant Sheriff Gore on all claims, but otherwise denying Defendants' motions for summary judgment. (Doc. No. 115.) In light of the order, for good cause shown, the Court extends the deadline for the parties to file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) to **September 4, 2017**. The Court also continues the Final Pretrial Conference to **October 6, 2017** at 10:30 a.m. All other dates remain as scheduled. (Doc. No. 81.)

**IT IS SO ORDERED.**

DATED: August 18, 2017

_____
Hon. Marilyn L. Huff
United States District Judge