UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 22 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| K.J.P., a minor, individually, by and through their mother, Loan Thi Minh Nguyen; K.P.P.; LOAN THI MINH NGUYEN, who also sues individually and as successor in interest to her now deceased husband, Lucky Phounsy; KIMBERLY NANG CHANTHAPHANH, individually, <br><br>      Plaintiffs - Appellees, <br><br> v. <br><br>LAKESIDE FIRE PROTECTION DISTRICT; MARC POYNTER, firefighter/paramedic for the District; DAVID CSIK, firefighter/paramedic for the District, <br><br>      Defendants - Appellants, <br><br> and <br><br>CITY OF SANTEE; AARON BAGLEY, Santee Fire Department Fire Captain; AARON HACKETT, firefighter/paramedic for the Santee Fire Department; COUNTY OF SAN DIEGO; SAN DIEGO COUNTY SHERIFF'S DEPARTMENT; RICHARD FISCHER, Sheriff's Department deputy (#3003); KEVIN | No. 17-56260 <br><br> D.C. No. 3:15-cv-02692-H-MDD <br> U.S. District Court for Southern California, San Diego <br><br> **TIME SCHEDULE ORDER** |

RALPH, Sheriff's Department sergeant (#3519); MARCOS COLLINS, Sheriff's Department corporal (#7127); SANDRA CARBAJAL, (Janet) Sheriff's Department deputy (#3141); JANAE KRULL, Sheriff's Department deputy (#0072); BILLY TENNISON III, Sheriff's Department deputy (#4986); DEAN ALLEN, Sheriff's Department deputy (#4591); MICHAEL LEE, Sheriff's Department deputy (#6227); JENNY MARTINSON, Sheriff's Department deputy (#0601); TAMANI PUGH, Sheriff's Department deputy (#7231); AARON BROOKE, Sheriff's Department corporal (#2820); JOVONNI SILVA, Sheriff's Department deputy (# 2586),

          Defendants.

The parties shall meet the following time schedule.

| | |
|---|---|
| **Tue., August 29, 2017** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Fri., October 20, 2017** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Mon., November 20, 2017** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: John Brendan Sigel
Deputy Clerk
Ninth Circuit Rule 27-7