UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.J.P., a minor, and K.P.P., a minor, individually, by and through their mother, LOAN THI MINH NGUYEN, who also sues individually and as successor in interest to her now deceased husband, Lucky Phounsy, and KIMBERLY NANG CHANTHAPHANH, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No.: 3:15-cv-2692-H-MDD<br><br>**ORDER:**<br><br>**(1) DENYING PLAINTIFFS' MOTION TO CORRECT/SUPPLEMENT RECORD ON APPEAL; and**<br><br>**[Doc. No. 150]**<br><br>**(2) STRIKING ECF. DOC. NOS. 150-4, 150-5, AND 150-6** |

On March 13, 2018, Plaintiffs filed a motion to correct/supplement the record on appeal. (Doc. No. 150.) On March 26, 2018, Defendants filed a joint opposition to the motion. (Doc. No. 152.)

Plaintiffs seek the Court's leave to supplement the record on appeal by filing certain expert declarations that were not previously filed with this Court, but Plaintiffs have

presented no legal authority suggesting that the Court may permit supplementation of the record under these circumstances. Plaintiffs cite Federal Rule of Appellate Procedure 10(e), which permits correction of omissions from, or misstatements in, the record. (Doc. No. 150-1 at 6-7.) Rule 10(e), however, "cannot be used to add to or enlarge the record on appeal to include material which was not before the district court." United States v. Walker, 601 F.2d 1051, 1054 (9th Cir. 1979). Any request to supplement the record with evidence not presented to this Court should be directed to the Ninth Circuit Court of Appeals. See Zest IP Holdings, LLC v. Implant Direct Mfg. LLC, No. 10-CV-541, 2015 WL 11201172, at *4 (S.D. Cal. Oct. 28, 2015); see also Fed. R. App. P. 10(e)(3) ("All other questions as to the form and content of the record must be presented to the court of appeals."). Accordingly, the Court **DENIES** Plaintiffs' motion to correct/supplement the record. (Doc. No. 150.) In addition, the Court **STRIKES** ECF Doc. Nos. 150-4, 150-5, and 150-6 and orders the Clerk to return those filings to the parties.

**IT IS SO ORDERED.**

DATED: March 26, 2018

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT