UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 4 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| K.J.P., a minor, individually, by and through their mother, Loan Thi Minh Nguyen; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CITY OF SANTEE; et al., <br><br> Defendants-Appellants, <br><br> and <br><br> COUNTY OF SAN DIEGO; et al., <br><br> Defendants. | No.   17-56256 <br><br> D.C. No. 3:15-cv-02692-H-MDD Southern District of California, San Diego <br><br> ORDER |
| K.J.P., a minor, individually, by and through their mother, Loan Thi Minh Nguyen; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DEAN ALLEN, Sheriff's Department deputy (#4591); et al., <br><br> Defendants-Appellants, <br><br> and <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT; et al., | No.   17-56257 <br><br> D.C. No. 3:15-cv-02692-H-MDD |

|  |  |
|---|---|
| Defendants. | |

| | |
|---|---|
| K.J.P., a minor, individually, by and through their mother, Loan Thi Minh Nguyen; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>LAKESIDE FIRE PROTECTION DISTRICT; et al.,<br><br>        Defendants-Appellants,<br><br> and<br><br>CITY OF SANTEE; et al.,<br><br>        Defendants. | No.   17-56260<br><br>D.C. No.<br>3:15-cv-02692-H-MDD |

Before:  WARDLAW and OWENS, Circuit Judges, and DORSEY,[*] District Judge.

At oral argument, the parties should be prepared to discuss whether an individualized analysis of each defendant's conduct is required when resolving qualified immunity. Specifically, the parties should be prepared to discuss the following out-of-circuit cases: *Alcocer v. Mills*, 906 F.3d 944 (11th Cir. 2018); *Williams v. Cline*, 902 F.3d 643 (7th Cir. 2018); *S.M. v. Krigbaum*, 808 F.3d 335 (8th Cir. 2015); *Pollard v. City of Columbus*, 780 F.3d 395 (6th Cir. 2015); *Pahls*

---

     [*]    The Honorable Jennifer A. Dorsey, United States District Judge for the District of Nevada, sitting by designation.

3

*v. Thomas*, 718 F.3d 1210 (10th Cir. 2013); *Grant v. City of Pittsburg*, 98 F.3d 116 (3d Cir. 1996).