# Exhibit 3

Exhibit 3   Page 74



## ORIGINAL TRANSCRIPT

Transcript of the Testimony of:

# Dean Allen

K.J.P.

v.

County of San Diego

February 21, 2017

Volume I

LITIVATE REPORTING + TRIAL SERVICES
P: 877.771.3312 | F: 877.561.5538
www.litivate.com

Exhibit 3   Page 75

Dean Allen                                    February 21, 2017

```
1        A     No.

2        Q     Somewhere in between?

3        A     Yes, sir.

4        Q     Would you ever respond Code 2 to a 5150

5   welfare check call like the one you heard this

6   night?

7        A     No.  Because our department does not have a

8   Code 2.

9        Q     It does not?

10       A     It does not.

11       Q     So you didn't respond to the original call;

12  right?

13       A     No, sir.

14       Q     Okay.  So describe to me the cover call you

15  heard.

16       A     I was getting ready to go home, and I heard

17  Deputy Janae Krull yell code cover over the radio.

18       Q     And what does that mean?

19       A     Means need assistance now.

20       Q     And does that -- is it San Diego Sheriff's

21  Department policy that all available units respond?

22       A     I couldn't tell you the policy of all

23  available units.  But Santee units.

24       Q     All right.

25             MR. McBRIDE:  I'll mark this as Exhibit 5.
```

Dean Allen                                          February 21, 2017

```
 1    seem to be about that time?
 2        A    Yes.  It's the time I get ready to go home.
 3        Q    All right.  What time did you hear the
 4    first cover call?
 5        A    I couldn't give an exact time.
 6        Q    Would Exhibit 5 tell you?
 7        A    It would.
 8        Q    Go ahead.  Sorry.  I know it's very small
 9    print.
10             MR. CHAPIN:  You had to reduce that.
11             MR. McBRIDE:  It printed portrait rather
12    than landscape, which is the problem.  Couldn't
13    quite get the one-sided as opposed to two-sided.
14             THE WITNESS:  22:25 hours.
15    BY MR. McBRIDE:
16        Q    That seems about right?
17        A    Yes, sir.
18        Q    Okay.  So what did you do when you heard
19    that cover call?
20        A    I ran to my patrol car, and I knew that it
21    was in the city of Santee.  I didn't know where.  I
22    don't have a computer and receiver that the patrol
23    deputies have.
24             Knowing it's in Santee, it's jumping on the
25    125 freeway.  I just drove down Fanita Road, which
```

Dean Allen                                                    February 21, 2017

```
 1        Q     Baton?

 2        A     Yes, sir.

 3        Q     You didn't have any OC spray?

 4        A     No, sir.

 5        Q     Were you qualified in both of those, the

 6   baton and the taser, at the time?

 7        A     Yes, sir.

 8        Q     So prior to arriving there on scene --

 9   well, I guess you didn't have an MDC.

10        A     No, sir.

11        Q     Okay.  So it wasn't possible for you to

12   look up the comments of the call.

13        A     No, sir.

14        Q     Did you ask dispatch for any additional

15   information about the call?

16        A     I did not.

17        Q     All right.

18              When you arrived on scene, what did you

19   see?  Were there any other -- well, I'll ask it this

20   way:  Were you one of the first backup deputies to

21   arrive?

22        A     I was.

23        Q     Did you see any other backup deputies there

24   when you arrived?

25        A     No.
```

Dean Allen                                                    February 21, 2017

1      Q     So you were the first backup deputy to

2   arrive?

3      A     I was.

4      Q     What did you do when you got there?

5      A     I ran -- I exited my vehicle, and I -- I

6   didn't know the numbers of the house.  Deputy Krull

7   had parked one house north.

8            So I looked at that house.  Didn't hear

9   anything.  Went one house to the south.  I could

10  hear screaming.

11           The front door was locked, but I remember I

12  ran by and the garage was open.  So I entered

13  through the garage, through the interior garage

14  door.

15     Q     Was the interior garage door open or

16  closed?

17     A     Closed.

18     Q     So you opened it to walk in?

19     A     I did.

20     Q     And you actually tried the front door and

21  it was locked?

22     A     I did.

23     Q     When you walked inside, what did you see?

24     A     I saw Deputy Krull, Deputy Marcos

25  Collins -- sorry -- an Asian male in a blue shirt --

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | www.litivate.com

Exhibit 3   Page 79

Dean Allen                                                    February 21, 2017

```
 1    I don't know his name -- holding on to Mr. Lucky's

 2    right arm.

 3              I told him to leave.  He let go.  And I

 4    took hold of Lucky's right wrist.

 5        Q    So this Asian male in the blue shirt, you

 6    didn't think that he was assaulting Deputy Krull or

 7    Deputy Collins?

 8        A    I have no idea.

 9        Q    All right.  But based on what you saw, is

10    that something you believed at the time?

11        A    Based on what I saw, I believed Mr. Lucky

12    needed to be placed in handcuffs.

13        Q    All right.

14              But specifically about this Asian male, did

15    you think that he was -- posed any sort of threat to

16    the officers based on what you saw when you walked

17    in the door?

18        A    I did not.

19        Q    All right.

20              Were Mr. Phounsy and the deputies facing

21    you or were they facing away?

22        A    They were facing coming towards me.

23        Q    All right.  And how far down the hallway

24    were they?

25        A    Maybe 12 to 15 feet.
```

Dean Allen                                          February 21, 2017

1      Q     So more towards the end of the hallway or

2    more towards that entry door?

3      A     I would say in the middle.

4      Q     Were they standing?

5      A     Yes, sir.

6      Q     And what was going on?  Were Deputy Collins

7    and Deputy Krull holding on to Mr. Phounsy?  What

8    did you see?

9      A     Deputy Collins was behind Mr. Phounsy

10   holding on to him.  I can't tell you where.

11         Deputy Krull was to my right, which is

12   Mr. Phounsy's left, holding his arm.

13     Q     All right.  Were either of the deputies

14   striking Mr. Phounsy?

15     A     No.  They were trying to get him to the

16   ground.

17     Q     Was Mr. Phounsy striking either of the

18   deputies?

19     A     No.  He was literally pulling them towards

20   me.

21     Q     Okay.  Trying to get away from the

22   deputies?

23     A     Yes.

24     Q     Was anybody saying anything when you walked

25   in?

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | www.litivate.com

Exhibit 3   Page 81

Dean Allen                                              February 21, 2017

```
 1        A     There was multiple voices.  Deputies,
 2   Phounsy, there was a family off to my left.  There
 3   was screaming in another back room.
 4        Q     And that leads me to my next question.
 5              Other than the Asian gentleman in the blue
 6   shirt, did you see any other family members there in
 7   the hallway?
 8        A     Not in the hallway.
 9        Q     But there was a room to your left, you
10   looked in and noticed family members?
11        A     No, sir.
12        Q     You just heard screaming coming from the
13   room to your left?
14        A     Screaming from the room to my left and a --
15   I didn't go into the house after it.  But it looks
16   like the hallway broke off into two different
17   directions, like 22-degree angles.
18              Voices in the left one and then voices in
19   this left room that later I saw.
20        Q     All right.
21              So what did you do, then, when you
22   walked -- when you first entered the house?
23        A     I took hold of Mr. Phounsy's right wrist.
24        Q     All right.  And at that point did
25   Mr. Phounsy have any cuffs on him at all, or was he
```

Dean Allen                                          February 21, 2017

```
 1   uncuffed at that point?

 2       A    He had a cuff on his right wrist, I

 3   believe.

 4       Q    On the hand that you grabbed?

 5       A    Yes, sir.

 6       Q    All right.  And you grabbed his arm, and

 7   then what did you do?

 8       A    Pulled him towards me and to the ground.

 9       Q    So you were able to take Mr. Phounsy to the

10   ground?

11       A    I couldn't tell you yes, because at that

12   time additional deputies came in through the front

13   door, and we all converged to the ground.  So I

14   can't take credit for taking him down by myself.

15       Q    I see.

16            How long did it take you once you grabbed

17   Mr. Phounsy's arm to get him to the ground?

18       A    Five seconds.

19       Q    And how long after getting out of your car

20   there on scene was it before you were actually

21   grabbing Mr. Phounsy's arm?  Was that less than a

22   minute?

23       A    Less than a minute.

24       Q    So when you arrived, did you see deputies

25   arriving behind you?
```

Dean Allen                                                    February 21, 2017

1        A      I could see them in my mirror.  It's a long

2   uphill road.

3        Q      I see.  You could see their lights?

4        A      Yes, sir.

5        Q      And so they entered from another area in

6   the house?

7        A      Yes, sir.

8        Q      Do you recall which deputies this was?

9        A      I do not.

10       Q      So it took you and the other deputies about

11  five seconds to get Lucky on the ground?

12       A      Yes, sir.

13       Q      Then what happened?

14       A      I was maintaining Mr. Phounsy's right arm

15  the whole time.  That was my arm.  I pinned it

16  behind his back while other deputies were trying to

17  get his left arm behind his back to handcuff him.

18       Q      All right.  Were they trying to use the

19  cuff that was already on him, the pair of cuffs?

20       A      Yes.  I had that wrist with that cuff.  So

21  they were trying to bring that other.

22       Q      They were trying to bring the other cuff

23  around?

24       A      The other wrist over to the cuff, yes.

25       Q      Do you recall -- so at some point did you

Exhibit 3   Page 84

Dean Allen                                          February 21, 2017

1    recognize who these deputies were that were helping

2    you try to restrain Mr. Phounsy?

3        A    Yes, sir.

4        Q    Which deputies were they?

5        A    Deputy Mike Lee, and I believe the other

6    one is Joey Tennison.

7        Q    All right.  Any other deputies you remember

8    being there?

9        A    Later.

10       Q    So at that point it was you, Deputy Lee,

11   Deputy Tennison.  And were Deputies Collins and

12   Krull still assisting at that point?

13       A    Yes, they were.

14       Q    So just give me an idea.  What was

15   everybody doing?  You had Lucky's right arm.  Do you

16   remember what Deputy Tennison was doing?

17       A    I do not.  I'm going to say Tennison and

18   Lee had the left arm, because I was looking at

19   Marcos Collins and Janae Krull in front of me down

20   near his feet.

21       Q    All right.  Okay.  So Collins and Krull

22   were on Mr. Phounsy's lower section?

23       A    Yes, sir.

24       Q    How was Mr. Phounsy positioned in the

25   hallway?

Exhibit 3   Page 85

Dean Allen                                        February 21, 2017

1      A      At what time?  Right then?

2      Q      Right then when you took him to the ground

3  and you were controlling his right arm.

4      A      He was on his right chest.

5      Q      All right.

6             And was his head facing the doorway or

7  facing -- the doorway that you entered through, or

8  was his head facing down the hallway?

9      A      I don't know.

10     Q      You don't remember?

11     A      No, sir.

12     Q      All right.  So then what happens?

13     A      I believe they handcuffed him, and there

14 was a lot of blood.  So I told Deputy Collins and

15 Deputy Krull to get out.  And then I don't know who

16 deputies were that came in and took the feet.

17     Q      All right.

18     A      And I just maintained the right arm.

19     Q      The whole time?

20     A      Yes, sir.

21     Q      So more deputies arrived from behind you

22 through the garage?

23     A      Yes, sir.

24     Q      Did you recognize any of those deputies?

25     A      Deputy Brooke.  I don't work out of that

Dean Allen                                    February 21, 2017

```
 1   station.

 2        Q     Any other deputies?

 3        A     Yeah.  But I don't know them.

 4        Q     So did you ultimately use that set of

 5   handcuffs that were already halfway on Mr. Phounsy

 6   to cuff Mr. Phounsy's hands?

 7        A     I don't know.

 8        Q     Do you recall anybody saying anything about

 9   a set of handcuffs being broken?

10        A     I do not.

11        Q     So Mr. Phounsy was cuffed behind his back.

12        A     Yes, sir.

13        Q     Do you recall how long it took to get his

14   hands cuffed behind his back after you got him to

15   the ground?

16        A     Between five and eight minutes.

17        Q     Eight minutes to get his hand cuffed?

18        A     Yes, sir.

19        Q     Okay.  Was anybody using -- well, let me

20   ask it this way:  Did you use any force on

21   Mr. Phounsy during that five to eight minutes

22   getting his hand cuffed?

23        A     I did.

24        Q     What force did you use?

25        A     I delivered two knee strikes to, I believe,
```

Dean Allen                                               February 21, 2017

1   his left shoulder.

2      Q    All right.  And what do you mean by "knee

3   strikes"?

4      A    I'm -- I'm laying on his right shoulder

5   holding on to his right arm, and he is physically

6   turning his body holding his left arm away from the

7   deputies.  So I struck him twice with my right knee

8   in his left shoulder.

9      Q    All right.  How hard?  On a scale of 1 to

10  10, 10 being as hard as you can.

11     A    I would say a 4, because I'm laying on the

12  ground.  I'm not in a standing position using my

13  height or weight.  I'm laying with him.

14     Q    All right.

15     A    And there's zero leverage to deliver a

16  strike because I'm laying in blood.

17     Q    All right.  And did you have the full

18  weight of your body on him at that point?

19     A    On his right arm.

20     Q    All right.  You didn't have the weight of

21  your body on his back area?

22     A    No.  Not yet.

23     Q    But you did at some point?

24     A    Yes, sir.

25     Q    Did you see any -- did you use any other

Dean Allen                                          February 21, 2017

1    force than those knee strikes?

2        A    I did.

3        Q    What else did you do?

4        A    To prevent him from getting back up and

5    removing his left arm from the deputies, I placed my

6    right knee on top of his left shoulder while he was

7    facing down, essentially to apply pressure so they

8    could handcuff him.

9        Q    And was that the full weight of your body

10   at that point?

11       A    No.  Because I'm still on my right -- my

12   left knee.

13       Q    Okay.  Any other force?

14       A    Yes, sir.  While holding his right arm, his

15   face was facing this way at me (indicating) and I'm

16   watching -- there was wires in the way from the

17   taser probes.

18            And I removed my right hand, I removed my

19   left hand, and I'm pulling the wires out of the way

20   so they can handcuff.  And as I look over, he's

21   trying to bite me.  So I elbowed him twice right up

22   in the right forehead.

23       Q    You elbowed him with your left elbow?

24       A    Left elbow, I believe.

25       Q    And how hard would you say you elbowed him

Dean Allen                                                February 21, 2017

1    in the forehead on a scale up 1 to 10, 10 being as

2    hard as you could possibly elbow him?

3        A    A 5.

4        Q    And what led you to believe Mr. Phounsy was

5    trying to bite you?

6        A    I saw his teeth, and he literally was

7    reaching out.  His body couldn't move any farther.

8    So he was expanding his head towards my arm.

9        Q    All right.  Did Mr. Phounsy's teeth ever

10   make contact with your skin?

11       A    No, sir.

12       Q    Did you use -- so this was all -- all of

13   this force you just described was before Mr. Phounsy

14   was handcuffed?

15       A    Yes, sir.

16       Q    Did you use any other force on Mr. Phounsy?

17       A    No, sir.

18       Q    So you said previously that at some point

19   you did place all of your body weight on

20   Mr. Phounsy.  Was that before or after he was

21   handcuffed?

22       A    Before.  My right leg on top of his left

23   shoulder.

24       Q    All right.  Was that after you elbowed

25   Mr. Phounsy or before?

Dean Allen                                              February 21, 2017

1        A     That is before.

2        Q     And how long did you have your body weight

3    on Mr. Phounsy?

4        A     Ten seconds.  Long enough to handcuff him.

5        Q     So the elbows -- did the elbows come before

6    or after Mr. Phounsy was handcuffed?

7        A     I believe -- can I look at my notes?

8        Q     Please.

9        A     Before he was handcuffed.

10        Q     All right.

11              So, if you placed your body weight on him

12    long enough to allow them to handcuff Mr. Phounsy,

13    does that lead you to believe that that came after

14    the elbows?

15        A     The handcuffs?

16        Q     No.  You placing all of your body weight on

17    Mr. Phounsy.

18        A     Before.

19        Q     Before.  And is that when they actually

20    handcuffed Mr. Phounsy, when you placed your body

21    weight on him?

22        A     No.  It was after that, because I was still

23    trying to clear all the taser probes and wire out of

24    the way.

25        Q     All right.

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | www.litivate.com

Exhibit 3   Page 91

Dean Allen                                                February 21, 2017

1          What was Mr. Phounsy doing, then, while

2     you and the other deputies were trying to handcuff

3     him?

4          A    He would rotate his body.  Every time he

5     got his left arm free, he would essentially do a

6     pushup.  And I just would maintain his right arm.

7     We'd go back down to the ground.  He would continue

8     to rotate his body.

9          One time he moved all of us, which I

10    believe is because he had his foot on the wall,

11    pushing off the wall, and kept grunting, growling,

12    attempted to bite me, then would roll some more and

13    it was just repetitive.  He just kept doing it.

14         Q    Okay.

15         And other than him attempting to bite you,

16    did you see Mr. Phounsy doing anything that led you

17    to believe Mr. Phounsy was trying to assault any of

18    the deputies?

19         A    I did not, because I was laying with him

20    essentially chest to shoulder.  His head was here

21    (indicating) and I'm over him holding onto his arm.

22         The only thing I have in front of me is

23    these wires.  So I didn't know where the deputies

24    were.  Trying to pull the wires out, changing my

25    grip.

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | www.litivate.com

Exhibit 3   Page 92

Dean Allen                                           February 21, 2017

1    Q    So you didn't see Mr. Phounsy at any point

2    trying to strike any of the deputies?

3    A    I did not.

4    Q    But he was resisting in the manner that you

5    said, trying to prevent you and the other deputies

6    from handcuffing him?

7    A    Yes, sir.

8    Q    Did you see Mr. Phounsy try to bite any of

9    the other deputies?

10   A    I did not.

11   Q    Were the deputies saying anything as you

12   were trying to cuff him at this point?

13   A    Just the normal stuff.

14   Q    Like what?

15   A    "Stop resisting.  Stop resisting."  One

16   deputy yelled to close the door because the door had

17   opened.  That's how I knew the family members were

18   right there.

19   Q    Oh, the door into that room that's on the

20   left when you first walked in?

21   A    Yes, sir.

22   Q    All right.

23        So how many deputies were giving commands

24   to Mr. Phounsy at this point?

25   A    I couldn't tell you.

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | www.litivate.com

Exhibit 3   Page 93

Dean Allen                                    February 21, 2017

1     Q     More than one deputy?

2     A     Yes, sir.

3     Q     More than one command other than "stop

4  resisting"?

5     A     Yes, sir.

6     Q     Were they saying, "Give me your hand"?

7     A     Yeah.  "Give me your hand."  "Stop

8  resisting."  "Give me your hand."  I heard one

9  deputy tell another deputy, "Move out of my way."

10    Q     All right.

11          Did you see any of the other deputies use

12  any other force on Mr. Phounsy prior to getting the

13  cuffs on him?

14    A     I did not.

15    Q     Did you see anybody drive stun Mr. Phounsy?

16    A     I did not.

17    Q     Did you hear a taser cycle while you were

18  there?

19    A     I did not.

20    Q     Trying to get -- well, never mind.  All

21  right.

22          So what happened after you and the other

23  officers got Mr. Phounsy handcuffed?

24    A     He was still kicking, trying to fight us

25  but turning his body left, right, trying to get up

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | www.litivate.com

Exhibit 3   Page 94

Dean Allen                                     February 21, 2017

1    to his knees, pulling us down.

2           So I removed my expandable.  I put it under

3    his arm with the tip of it, brought it through and

4    placed it on the back of his right rotator, and I

5    pulled his arms up, putting him on his right hand --

6    right shoulder torso of his body so they could apply

7    the cord cuffs, and he couldn't spin anymore.

8       Q    And how long did you have Mr. Phounsy in

9    that position?

10      A    Probably 45 seconds.  Long enough to get

11   the cord cuff around his waist.

12      Q    Did Mr. Phounsy scream when you did that?

13      A    Screamed.  Growled.  Growled.  More

14   growling.

15      Q    Do you know when you did that did it

16   inhibit Mr. Phounsy's ability to breathe at all?

17      A    No.

18      Q    How do you know?

19      A    Because he was still screaming and

20   growling.

21      Q    You said Mr. Phounsy was still trying to

22   fight you and the other deputies.  Did you mean he

23   was actually trying to assault you guys, or he was

24   actively moving his body and --

25      A    He kept taking his knees, pulling them up

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | www.litivate.com

Exhibit 3   Page 95

Dean Allen                                                February 21, 2017

1    to his waist and then shooting his feet back again.

2    Waist.  Back again.

3            Would rotate his body, then try to get up

4    to his knees and then drop down again.  And that's

5    when -- I don't know which deputy it was said, "We

6    need cord cuffs."

7        Q    All right.  So when you said fighting, you

8    meant just resisting, or you actually meant he was

9    trying to assault --

10       A    Resisting.

11       Q    Describe to me the process of placing

12   Mr. Phounsy in maximum restraints.

13       A    I don't know which deputy it was.  But I

14   saw the cord cuffs being attached to themselves.

15   They laid it over his waist.  We rolled him to his

16   side.  Brought it under his torso.  One side of his

17   body is on the ground.  You can't get it under so

18   you have to roll him.

19           They brought it over.  I told them to make

20   sure it goes over the cuffs.  And then I know they

21   were working on his feet.

22           Phounsy's head was right next to my leg so

23   all my attention was there trying not to get bit and

24   holding on to his right bicep.

25           And at one point in time somebody said,

Dean Allen                                   February 21, 2017

1    "The feet are ready," and Phounsy turned his head

2    towards my right inner thigh.  So, again, I'm

3    watching that, and they said, "It's attached."  And

4    I looked up, and it was attached.

5        Q    All right.  So did you actually physically

6    assist in applying any of the maximum restraints?

7        A    No, sir.

8        Q    Did you actually with your own eyes witness

9    any of the other deputies applying any of the cord

10   cuffs or the maximum restraints?

11       A    Just the preliminary part when you lay it

12   over the cuffs instead of under the cuffs.

13       Q    Who did that?

14       A    I believe it might have been Joey Tennison.

15       Q    All right.

16            And do you recall who was at Mr. Phounsy's

17   feet at that point?

18       A    I do not.

19       Q    Why did -- well, I'll come back to that.

20            So who was in charge there in the house, do

21   you know?

22       A    In charge as in highest ranking deputy?

23       Q    Sure.

24       A    Sergeant Kevin Ralph.

25       Q    So Sergeant Ralph was there inside the

Dean Allen                                              February 21, 2017

1   house as you were trying to cuff Mr. Phounsy?

2       A    He came in, and I remember he stepped out,

3   and I could hear him doing coms on the radio.

4   Communications on the radio.  Sorry.

5       Q    Was Sergeant Ralph there when you and the

6   other deputies were trying to apply maximum

7   restraints to Mr. Phounsy?

8       A    I don't know, because that interior door is

9   behind me.  I remember a traffic unit was behind me.

10      Q    An officer who is assigned to traffic?

11      A    Yes, sir.

12      Q    Was it a female?

13      A    Male.

14      Q    Male.

15           Do you remember hearing Sergeant Ralph's

16  voice as you and the other deputies were trying to

17  get the maximum restraints on Mr. Phounsy?

18      A    I do not.

19      Q    So why did you tell the other deputies to

20  make sure the cord cuffs went over the actual

21  handcuffs?

22      A    Because if you place them around the waist

23  under the handcuffs and then attach it to his feet,

24  he just kicks his feet, and it essentially just

25  pulls the waist cord cuffs down.

Exhibit 3   Page 98

Dean Allen                                        February 21, 2017

1       Q       So going over the handcuffs is a way to
2   keep the waist cuff on?
3       A       Yes, sir.
4       Q       So you didn't see if the leg restraint
5   portion was actually attached to the handcuffs?
6       A       No, sir.  We don't attach them to
7   handcuffs.
8       Q       You mean actually hook the clasp to the
9   cuffs?
10      A       Right.
11      Q       But it is policy to go over the handcuffs?
12      A       Yes, sir.
13      Q       And by going over the handcuffs, you
14  prevent the hands from moving left to right behind
15  the back?
16      A       No, sir.  You prevent the waist cord cuffs
17  from being pulled down by kicking your feet
18  straight.
19      Q       Sure.  But it also prevents the subject
20  from rotating their hands left and right behind
21  their back.
22      A       No, sir.
23      Q       No?
24      A       You can -- I've been in cord cuffs.  You
25  can still move your hands.

Dean Allen                                    February 21, 2017

1      Q    All the way around?

2      A    Left and right.  You can reach to your cord

3  cuff on the left-hand side.

4      Q    Okay.  It pins the cuffs to the back,

5  though; correct?

6      A    If applied tight enough, yes.

7      Q    Did you see how tightly the restraints were

8  applied on Mr. Phounsy?

9      A    I did not.

10     Q    So you can't say whether or not his

11 handcuffs were pinned to his back -- tight enough to

12 pin them to his back?

13     A    No, I cannot.

14     Q    How long did it take to actually get the

15 maximum restraints on?  So I'm asking from the time

16 you got him handcuffed now until he was fully in the

17 maximum restraints.

18     A    I couldn't give you minutes.  It was a long

19 time.  He kept kicking his legs and rotating his

20 body.

21     Q    Would you say as long as 10 minutes, more

22 or less?

23     A    Yes, sir.

24     Q    More?

25     A    Yes, sir.

Dean Allen                                                    February 21, 2017

```
 1        Q       15?

 2        A       Maybe.

 3        Q       Less than 20 minutes, though?

 4        A       Yes, sir.

 5        Q       So once you got Mr. Phounsy -- well, once

 6  you and the other deputies got Mr. Phounsy

 7  completely in the maximum restraints, how was he

 8  positioned?

 9        A       He was on his left side.  And then we made

10  a decision to take him out to the garage -- through

11  the garage to the driveway.

12        Q       He wasn't on his stomach?

13        A       The initial placement you're on your

14  stomach, and then we roll everybody to their left or

15  right side for recovery position.

16        Q       How long was Mr. Phounsy on his stomach in

17  the maximum restraints before he was rolled to his

18  left side?

19        A       Less than a minute.

20        Q       Do you know who rolled him?

21        A       I do not.

22        Q       Did you roll him?

23        A       I did not.

24        Q       So what kind of training do you receive as

25  a San Diego Sheriff's Deputy in applying maximum
```

Dean Allen                                    February 21, 2017

1      Q    Does San Diego policy and procedure
2  recommend that deputies stand suspects up as quickly
3  as possible after placing them in maximum
4  restraints?
5      A    Stand them up?
6      Q    Stand them up.
7      A    You wouldn't be able to stand them up
8  because their feet are tied to their waist cord.
9      Q    So, no?
10     A    No.
11     Q    How about sitting them up?
12     A    No.
13     Q    Does San Diego policy and procedure as it
14  pertains to maximum restraints say anything about
15  observing a suspect after they've been placed in
16  maximum restraints?
17     A    Yes.
18     Q    What does it say?
19     A    I do not know the verbiage.
20     Q    What does it require you to do?  What's the
21  gist?
22     A    To monitor them until paramedics arrive.
23     Q    What are you looking for when you monitor
24  them?
25     A    Signs of excited delirium.  Breathing.

Dean Allen                                          February 21, 2017

1    Simple questions.

2        Q    Questions that you as the deputy are

3    supposed to ask the subject?

4        A    Not supposed to ask.  Just to check with

5    them and their welfare, essentially asking them why

6    do -- do they know why they're in maximum

7    restraints.  Do they know why they reapplied the

8    cord cuffs.

9            "Have you taken any drugs?"  "Is it normal

10   for you to act like this when contacted by law

11   enforcement?"

12       Q    All right.

13           When you're monitoring them for breathing,

14   what specifically do you do to monitor their

15   breathing?

16       A    For me, I watch them breathe, I listen to

17   them breathe, I check their carotid.

18       Q    All right.  Is that what you're trained to

19   do as a deputy?

20       A    No.

21       Q    How are you trained to monitor the person?

22   Or are you trained at all?  Does it just say to

23   watch them?

24       A    To monitor them.  I couldn't give you the

25   exact policy of what it says that you're supposed to

Dean Allen                                    February 21, 2017

1    apply.

2       Q    So at the time of this incident you were

3    actually tasked by Sergeant Ralph with being the

4    person that monitored Mr. Phounsy while he was in

5    the restraints; correct?

6       A    I was.

7       Q    So at the time of the incident what was

8    your working understanding of San Diego Sheriff's

9    Department policy and procedure as it pertained to

10   how you're supposed to monitor a person in maximum

11   restraints?  What you're looking for.

12      A    Boisterous activity.  Profuse sweating.

13   The screaming towards -- if I believe he was going

14   into excited delirium or the opposite, if I believe

15   he's going into cardiac.

16           And so that day Sergeant Ralph said, "Keep

17   an eye on him until paramedics get here."  So I was

18   sitting right next to him, and I could see his

19   carotid artery pulsating.  He was still grunting,

20   growling at me.

21           And at one point in time I even felt his

22   carotid artery, because I'd never seen anything -- I

23   don't know if palpitate is the right word.  Just

24   (indicating).

25      Q    All right.

Dean Allen                                          February 21, 2017

```
1          What was Mr. Phounsy's temperature?  Was he
2   overheating?
3      A    He was sweating.
4      Q    Did that cause you to be concerned at all?
5      A    A little bit.  But paramedics pulled up
6   right then, and Sergeant Ralph was talking to them.
7      Q    Was he breathing heavily?
8      A    Yes.
9      Q    And did that cause you any concern?
10     A    My concern was he was still growling over
11  and over and over and over.
12     Q    Okay.
13          At any point during this incident did you
14  hear Mr. Phounsy say anything other than the
15  grunting and growling you described?
16     A    No, sir.
17     Q    Were you saying anything to Mr. Phounsy
18  while you were observing him?
19     A    I asked him if he knew what day of the week
20  it was, and he growled at me.
21     Q    So what happened after Mr. Phounsy was
22  placed entirely in the maximum restraints in the
23  hallway?  You said he was rolled onto his left side?
24     A    He was rolled onto his left side, yes.
25     Q    How long was he on his left side like that?
```

Dean Allen                                           February 21, 2017

1      A    A minute.  We had to get him out because we

2  couldn't stand in the hallway.

3      Q    All right.  So was there a discussion among

4  the deputies as to what to do?

5      A    Yes, sir.

6      Q    And what happened?

7      A    We decided to lift him up.  I took hold of

8  his -- I guess it would be his right bicep and right

9  rotator cuff.

10     Q    All right.

11     A    And -- can I look at my report, please?

12     Q    Sure.

13     A    And the other deputies -- Deputy Lee and

14 Deputy Fischer assisted in carrying him outside.

15     Q    All right.  So it was just you three

16 deputies that helped carry Mr. Phounsy outside?

17     A    Yes, sir.

18     Q    And how did Deputy -- what role did Deputy

19 Lee play in that?

20     A    I don't know.  I believe he was on the left

21 side, and Fischer had the majority of the weight,

22 because he had the legs.

23     Q    All right.  And how did Deputy -- did

24 either Deputy Lee or Fischer carry Mr. Phounsy out

25 by the actual cord cuffs, the restraints?

Dean Allen                                                    February 21, 2017

```
 1        A     No.  I don't know.

 2        Q     You don't remember?

 3        A     I don't remember.

 4        Q     So you think about a minute passed between

 5   you and the other deputies getting Mr. Phounsy in

 6   the maximum restraints and then you guys carrying

 7   him outside?

 8        A     Yes, sir.

 9        Q     Was Lucky injured at all there in the --

10   inside the house in that hallway after you got him

11   in the maximum restraints?

12        A     I couldn't tell you.  There was blood

13   everywhere.

14        Q     Did you check him to see if he was injured

15   at all?

16        A     Outside I saw he had a red mark on his

17   forehead and -- because he was laying on his left

18   side.

19        Q     All right.

20              Did you see any of the other deputies

21   assess Mr. Phounsy there in the hallway to make sure

22   he's breathing, see if he's injured, anything like

23   that?

24        A     I did not.

25        Q     And you did not either?
```

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | www.litivate.com

Exhibit 3   Page 107

Dean Allen                                    February 21, 2017

```
 1        A    I did not.

 2        Q    Did you provide any medical aid to

 3   Mr. Phounsy at any point during the incident?

 4        A    I did not.

 5        Q    All right.

 6             So what did you and the other deputies do

 7   with Mr. Phounsy when you carried him out?

 8        A    We walked outside.   There were two cars in

 9   the garage.  Walked between them.   Laid him on the

10   ground.  Rolled him up on his left side.

11        Q    All right.

12             MR. McBRIDE:   And is now a good time to do

13   a three-minute break?

14             MR. CHAPIN:   Sure.

15             MR. McBRIDE:   Okay.  We'll go off.

16             THE VIDEOGRAPHER:   We are off the record at

17   10:18 a.m.

18                  (Recess.)

19             THE VIDEOGRAPHER:   We are back on record at

20   10:26 a.m.

21   BY MR. McBRIDE:

22        Q    Deputy Allen, when we left off, I think we

23   were right at the point at which you and the other

24   deputies brought Mr. Phounsy out to the driveway,

25   and you said that you had set him down in the
```

Dean Allen                                    February 21, 2017

```
 1        A    I did not see.

 2        Q    Did you see any medics treating Deputy

 3   Collins or Deputy Krull?

 4        A    I did not.

 5        Q    Did you see any paramedics there waiting

 6   for Mr. Phounsy when you brought him out, waiting to

 7   assess and treat him?

 8             MR. DEAN:  Calls for speculation.  Lacks

 9   foundation.

10   BY MR. McBRIDE:

11        Q    Go ahead.

12             MR. CHAPIN:  Go ahead.

13             THE WITNESS:  I saw Sergeant Ralph talking

14   to the paramedics about Phounsy.  That's it.

15   BY MR. McBRIDE:

16        Q    How many paramedics?  One or two or three?

17        A    At least two.

18        Q    So how did you and the other deputies set

19   Mr. Phounsy down?

20        A    We set him down on his chest and then

21   rolled him to the recovery position.

22        Q    Did you and the other deputies drop

23   Mr. Phounsy?

24        A    No.

25        Q    How hard did he hit the ground when you
```

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | www.litivate.com

Exhibit 3   Page 109

Dean Allen                                              February 21, 2017

```
1    to Mr. Phounsy?

2         A    I heard them say something in reference to

3    five milligrams.

4         Q    All right.  So you heard the medics behind

5    you discussing giving Mr. Phounsy a shot?

6         A    I heard them say five milligrams.

7         Q    But this was before they had even placed a

8    hand on Mr. Phounsy?

9         A    Yes.

10        Q    At any point during the incident did you

11   see the medics place their hands on Mr. Phounsy?

12        A    No.

13        Q    Now, there in the driveway in that roughly

14   five minutes before you got up to wash your hands,

15   did you use any amount of force on Mr. Phounsy?

16        A    In the driveway?

17        Q    Yes.

18        A    No, sir.

19        Q    Did you see any other deputies use any

20   amount of force on Mr. Phounsy?

21        A    No, sir.

22        Q    Were you actually restraining Mr. Phounsy

23   at that point?  And by that I mean were you holding

24   him down or were you holding his limbs, or were you

25   just there monitoring him?
```

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | www.litivate.com

Exhibit 3   Page 110

Dean Allen                                              February 21, 2017

1      A     I was monitoring and holding him.  He kept

2   trying to roll over on his stomach, and I was

3   worried because of the growling and the screaming he

4   was going to start hitting his head on the ground.

5      Q     Did you see Mr. Phounsy ever strike his

6   head?

7      A     No, sir.

8      Q     Did he strike his head when you and the

9   other deputies set him down?

10     A     No, sir.

11     Q     How much pressure were you having to apply

12  to prevent Mr. Phounsy from rolling onto his

13  stomach?

14     A     It's more of a grip than pressure.  I was

15  holding his arm.

16     Q     Sure.  That was a -- I phrased that poorly.

17           How hard were you having to hold him?

18     A     Hard.  Both hands.

19     Q     So he was really trying to flip over onto

20  his stomach?

21     A     Yes, sir.

22     Q     Were any other deputies there helping you

23  hold Mr. Phounsy on his side?

24     A     Janet Carbajal, and I don't know who had

25  the feet.

Dean Allen                                              February 21, 2017

1      Q      So there were about three of you in the

2   driveway?

3      A      If I had to guess the numbers, I would say

4   three.

5      Q      Describe Mr. Phounsy's demeanor there in

6   the driveway.

7      A      He would growl and then his body would go

8   limp, and he would rest his head on the ground.  And

9   then he would get erect again and start growling

10  again and then his body would go limp.

11         And then he would mumble, nothing that I

12  could understand.  And then I would like loosen my

13  grip of his arm.

14         I remember at one point in time thinking he

15  was calming down, I could go wash my hands, and then

16  he just started growling and erecting his body,

17  trying to push his feet.  Just repetitive, over and

18  over.  I couldn't tell you how many times.  It was

19  just ongoing.

20      Q      Okay.  So did you actually see the

21  medics -- or you did not see the medics give Lucky

22  any shots?

23      A      I did not.

24      Q      In your recorded audio interview you said

25  that Lucky was not still resisting in the driveway.

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | www.litivate.com

Exhibit 3   Page 112

Dean Allen                                                      February 21, 2017

1         A    Fighting resisting.

2         Q    What did you mean by that, then?

3         A    Meaning he wasn't trying to fight us.  More

4    worried of him hitting his head on the ground

5    causing injury to himself.

6         Q    I see.

7              You had said that -- in your recorded

8    interview that Mr. Phounsy was not trying to get out

9    of the restraints.  He was screaming and growling.

10        A    Correct.

11        Q    So he had calmed down by the time you got

12   him into the driveway?

13        A    No.

14        Q    No?

15        A    Calm down, lock his body out, scream,

16   growl, go limp, over and over again.

17        Q    All right.  But he had calmed down compared

18   to the way he was in the hallway?

19        A    Yes.  He was in restraints now.

20        Q    So there really wasn't a lot of movement he

21   could do while he was in those restraints.

22             MR. OSTERBERG:  Objection.  Calls for

23   speculation.

24   BY MR. McBRIDE:

25        Q    Based on what you saw.

Dean Allen                                          February 21, 2017

1       A    Other than hitting his head on the ground?

2       Q    Yes.

3       A    Yes.

4       Q    So you and the other deputies were mainly

5   worried about him hitting his head, and that's why

6   you were there to his side holding on to him?

7       A    Yes.  He's in the recovery position so

8   we're monitoring him.

9       Q    But you weren't worried about him, you

10  know, assaulting you or the other deputies at that

11  point?

12      A    I was not.

13      Q    And this was based on what you were

14  actually seeing there at his side?

15      A    Yes, sir.

16      Q    Did you see him try to kick any deputies

17  while he was there in the driveway?

18      A    I did not.

19      Q    Did you see him flailing his feet around

20  while he was there in the driveway?

21      A    I did not.

22      Q    Did you see him flailing his hands at all

23  while he was there in the driveway?

24      A    I did not.

25      Q    Do you believe he could have flailed his

Dean Allen                                              February 21, 2017

1   hands or feet if he wanted to, given the restraints,

2   there in the driveway?

3       A    I believe after what I just saw in the

4   house of him being able to do a pushup with four or

5   five deputies on him and two of the deputies are

6   over -- three of the deputies were over 230 pounds,

7   that anything is possible.

8       Q    All right.  But based on what you saw

9   there, he wasn't trying to do any of that.

10      A    He was just trying to kick his legs

11  straight, but the cord cuffs were preventing him.

12  And I think -- and I believe it was making him more

13  mad that he couldn't kick his legs out, and then he

14  would growl, and then he'd mumble and then growl,

15  mumble, lock his body out, lift his head up, go

16  limp, mumble, lock his body out again, start

17  growling.  It was just over and over.

18      Q    Did it look like he was trying to

19  straighten out to better be able to breathe?

20      A    No.

21           MR. DEAN:  Calls for speculation.  It lacks

22  foundation.

23  BY MR. McBRIDE:

24      Q    No?

25      A    No.

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | www.litivate.com

Exhibit 3   Page 115

Dean Allen                                          February 21, 2017

1        Q     Why not?

2        A     Every time I've ever been around somebody

3    in cord cuffs, they try to kick their legs out.

4        Q     All right.

5              And are you trained by the Sheriff's

6    Department on the five different types of positional

7    asphyxiation?

8        A     I am not.

9        Q     Are you trained on any of the ways that

10   individuals can positionally asphyxiate?

11       A     I am not.

12       Q     So you are not aware of the signs of

13   somebody who is positionally asphyxiating?

14       A     I am not.

15             MR. DEAN:   Lacks foundation.   Calls for

16   speculation.

17   BY MR. McBRIDE:

18       Q     Was there any discussion there at Lucky's

19   side in the driveway about him potentially

20   positionally asphyxiating in those restraints?

21       A     Not that I know of.

22       Q     Was there any discussion there in the

23   driveway among deputies or medics or both about

24   Mr. Phounsy posing a risk of going into cardiac

25   arrest based on all the signs and symptoms he was

Exhibit 3   Page 116

Dean Allen                                          February 21, 2017

```
 1   chance?

 2        MR. McBRIDE:  If you have something, go

 3   ahead.

 4

 5                      EXAMINATION

 6   BY MR. DEAN:

 7      Q   My name is Mitch Dean.  I represent the

 8   Santee defendants, all their paramedics.

 9           Let's look at 8A again.

10           MR. DEAN:  Can I have the exhibit back

11   again?

12   BY MR. DEAN:

13      Q   Look at the photograph he marked as

14   Exhibit 8A.  That's Mr. Phounsy laying on the

15   driveway; correct?

16      A   Yes.

17      Q   You talked earlier about how he would relax

18   and lay his head on the driveway and then tense up

19   and move his head up and be all stuff, something

20   like that.

21           Do you recall that testimony?

22      A   I do.

23      Q   Does this photograph -- since it's a click

24   or a moment in time, does this depict what you saw

25   Mr. Phounsy do when he would have the moments of
```

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | www.litivate.com

Exhibit 3   Page 117

Dean Allen                                                    February 21, 2017

```
1   relaxation while he was on the driveway?

2        A    Yes, sir.

3             MR. McBRIDE:  Objection.  Lacks foundation.

4   BY MR. DEAN:

5        Q    Does it depict that, what I just said?

6        A    Yes, sir.

7        Q    Okay.  So this is a moment in time when he

8   was relaxed.

9        A    Yes, sir.

10            MR. McBRIDE:  Objection.  Lacks foundation.

11   Calls for speculation.

12   BY MR. DEAN:

13       Q    And based on what you observed Mr. Phounsy

14   doing in the driveway, there were other moments in

15   this time frame where his head would be off the

16   driveway and his body tensed and him tensing his

17   muscles.

18            Is that correct?

19       A    Yes, sir.

20            MR. McBRIDE:  Same objections.

21   BY MR. DEAN:

22       Q    So how long while you were there by him --

23   and your hands, by the way, are in this photograph

24   Exhibit 8A; correct?

25       A    Yes, sir.
```

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | www.litivate.com

Exhibit 3   Page 118

Dean Allen                                          February 21, 2017

1      Q     All right.

2            How long while you were there in the

3      position depicted in 8A, how long in any given

4      stretch of time was Mr. Phounsy's head in the

5      position that we see in 8A?

6            MR. McBRIDE:   Objection.   Vague and

7      ambiguous.   Calls for speculation.   Lacks

8      foundation.

9            THE WITNESS:   How long was it resting on

10     the concrete?

11     BY MR. DEAN:

12     Q     Sure.

13           You talked earlier about how he would --

14     sometimes his head would be in this position and

15     sometimes he would be tensing.

16     A     Yes, sir.

17     Q     This photograph Exhibit 8A is clearly a

18     moment in time.   Would you agree?

19     A     I would.

20     Q     Okay.

21           So my question is:   While you were there,

22     hands on him, holding him, being in the driveway in

23     his proximity able to observe him, how long were the

24     periods of time that you observed that his head was

25     in a position resembling what we see in 8A?

Dean Allen                                          February 21, 2017

```
 1              MR. McBRIDE:  Objection.  Compound.  Vague
 2   and ambiguous.
 3              THE WITNESS:  About 10 seconds.
 4   BY MR. DEAN:
 5       Q    And then what would happen?
 6       A    He would mumble, and then all of a sudden
 7   his body would go erect, his head would come off the
 8   concrete, and he would just start growling.
 9       Q    When his hands were handcuffed behind his
10   back as we see in Exhibit 8A, could Mr. Phounsy
11   rotate his torso?
12       A    Yes, sir.
13       Q    Could he move his arms back and forth?
14              MR. McBRIDE:  Objection.  Vague and
15   ambiguous.
16              THE WITNESS:  Define "back and forth."
17   Left to right or --
18   BY MR. DEAN:
19       Q    I'm going to demonstrate for you.  Could he
20   move his hands --
21       A    Yes.
22       Q    -- like moving his upper arms back and
23   forth, could he do that?
24       A    Yes.
25       Q    Okay.
```

Dean Allen                                           February 21, 2017

```
1            MR. McBRIDE:  For the record, Mitch, do you
2   want to just describe how you were moving?
3   BY MR. DEAN:
4        Q    Since you're on the film, Deputy, if you
5   would, could you put your hands behind your back and
6   move in -- like --
7        A    (Witness complies.)
8        Q    Thank you.
9            MR. McBRIDE:  And is that, for the record,
10  how Mr. Phounsy was moving, or are you describing
11  how Mr. Dean was just moving?
12           THE WITNESS:  I'm describing how Mr. Dean
13  was moving.
14  BY MR. DEAN:
15       Q    And my question is:  Did you also see
16  Mr. Phounsy trying to do that on the driveway?
17           MR. McBRIDE:  Objection.  Calls for
18  speculation.
19           THE WITNESS:  I saw him lift his head off
20  the concrete, bend it back and try to kick his feet
21  forward, locking his body out, grunting and then
22  roll -- attempt to roll over onto his stomach.
23  BY MR. DEAN:
24       Q    And while you were on the driveway with him
25  before you went to wash the blood off your hands,
```

Dean Allen                                          February 21, 2017

1    approximately how many times did he repeat that

2    process?

3        A    Nine.

4             MR. McBRIDE:  Objection.  Calls for

5    speculation.

6             THE WITNESS:  Nine, 10 times.

7    BY MR. DEAN:

8        Q    Nine to 10 times?

9        A    Yes, sir.

10       Q    You talked earlier that in the house in the

11   hallway you couldn't get any traction because there

12   was so much blood.

13            Is that correct?

14       A    Yes, sir.

15       Q    Where did that blood come from?

16            MR. McBRIDE:  Objection.  Calls for

17   speculation.

18            THE WITNESS:  I would have to assume from

19   Deputy Collins' face.

20   BY MR. DEAN:

21       Q    Did you see Deputy Collins' face in the

22   hallway?

23       A    I did.

24       Q    Did you see Deputy Collins' face while he

25   was in the driveway?

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | www.litivate.com

Exhibit 3   Page 122

Dean Allen                                                    February 21, 2017

1                 DECLARATION UNDER PENALTY OF PERJURY

2

3            I, DEAN ALLEN, do hereby certify under

4    penalty of perjury that I have read the foregoing

5    transcript of my deposition taken on February 21,

6    2017; that I have made such corrections as appear

7    noted herein in ink, initialed by me; that my

8    testimony as contained herein, as corrected, is true

9    and correct.

10           DATED THIS 27th day of MARCH            ,

11   20 17, at 1600 Pch, San Diego, CALIfornia     .
                          (City)              (State)

12

13

14                                      DEAN ALLEN

15

16

17

18

19

20

21

22

23

24

25

Dean Allen                                                    February 21, 2017

```
 1                      CERTIFICATE OF

 2        CALIFORNIA CERTIFIED SHORTHAND REPORTER

 3             I, the undersigned, a Certified Shorthand

 4    Reporter of the State of California, do hereby

 5    certify:

 6             That the foregoing proceedings were taken

 7    before me at the time and place herein set forth;

 8    that any witnesses in the foregoing proceedings,

 9    prior to testifying, were placed under oath; that a

10    verbatim record of the proceedings was made by me

11    using machine shorthand which was thereafter

12    transcribed under my direction; further, that the

13    foregoing is an accurate transcription thereof.

14             The dismantling of this transcript will

15    render the reporter's certificate null and void.

16             I further certify that I am neither

17    financially interested in the action nor a relative

18    or employee of any attorney of any of the parties.

19             Reading and signing was requested.

20             IN WITNESS WHEREOF, I have this date

21    subscribed my name.

22

23    Dated:   March 1, 2017

24                                KATHLEEN S. McLAUGHLIN
                                  CSR No. 5845
25
```

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | www.litivate.com

Exhibit 3   Page 124