# Exhibit 6

Exhibit 6   Page 185



Transcript of the Testimony of:

# Michael Lee

K.J.P.

v.

County of San Diego

February 24, 2017

Volume I

P: 877.771.3312 | F: 877.561.5538 | litivate.com

Exhibit 6   Page 186

Michael Lee                                          February 24, 2017

1       Q      At some point did you hear a call for cover

2   at 8385 Holden Road?

3       A      Yes.

4       Q      What was your unit designator that night?

5       A      Should be 50 Paul 1.   5-0 Paul 1 Charles.

6              MR. DEAN:   Can you say all that again?

7              THE WITNESS:   Five zero Paul 1 Charles.

8   BY MR. McBRIDE:

9       Q      When you heard that call go out, what did

10  that -- that cover call go out, what did you do?

11      A      Got in my car, went to the call.

12      Q      How long did it take you to get there,

13  about?

14      A      I'd have to probably have view the CAD.

15  But that can be off as well because, you know --

16  dispatcher is trying to keep up with typing things

17  in.   So I couldn't tell you.

18      Q      Is it --

19      A      I can give you an approximation by counting

20  minutes off that but . . .

21      Q      All right.

22             Is it your practice to usually -- when you

23  arrive on scene to use your MDC to log on scene or

24  to air it over the radio?

25      A      It depends.

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com

Exhibit 6   Page 187

Michael Lee                                    February 24, 2017

```
1    in the last two years?

2        A    Not really.

3        Q    How much did you weigh at the time?

4        A    About 170, -75.

5        Q    And are you right or left-handed?

6        A    Right-handed.

7        Q    So when you got there on scene, what did

8    you see outside?

9        A    I got on scene, a house that I was run

10   up -- running up to.

11       Q    Were there any other backup units arriving

12   at the same time?

13       A    Yes.

14       Q    Did you see any backup units that had

15   arrived before you?

16       A    Not that I can -- I don't believe so, no.

17       Q    I guess -- I know it would be difficult for

18   you to tell which units were backup and which were

19   original.

20            But did you see any cars -- any patrol

21   vehicles there that had their lights on that were

22   already parked when you pulled up?

23       A    Not that I can recall, no.

24       Q    So what did you do when you got there?

25       A    Ran to the front of the house.
```

Michael Lee                                    February 24, 2017

```
 1        Q     Were there any other deputies running to
 2   the house at the same time you were?
 3        A     Yes.
 4        Q     Did you recognize any of them?
 5        A     Yes.
 6        Q     Who were they?
 7        A     Deputy Tennison and Deputy Allen.
 8        Q     All right.  And were they in front of you
 9   or behind you?
10        A     Next to me.
11        Q     Where did you go?  Did you head for the
12   driveway or the front door?
13        A     I went up the driveway to the front door.
14        Q     Okay.  And was the front door open or
15   closed?
16        A     It was locked.
17        Q     What happened next?
18        A     Deputy Tennison kicked the door open.
19        Q     Did Deputy Tennison say anything before
20   kicking the door open?
21        A     No.
22        Q     Why did you go to the front door as opposed
23   to the garage?
24        A     I always go through -- not always.  But the
25   first place I go to a -- to a house is the front
```

Michael Lee                                      February 24, 2017

```
 1   door.
 2        Q    Was the garage door opened?
 3        A    Yes.
 4        Q    Was -- inside of the garage did you see an
 5   interior door open as well?
 6        A    No.
 7        Q    Could you hear anything when you showed up
 8   in the front yard?
 9        A    No.
10        Q    You didn't hear screaming or anything like
11   that?
12        A    No.
13        Q    How long did it take Deputy Tennison to
14   kick the front door in?
15        A    Seconds.
16        Q    Did you help Deputy Tennison kick the front
17   door in?
18        A    No.
19        Q    What happened after Deputy Tennison kicked
20   the front door?
21        A    We went in.
22        Q    And what did you see when you got inside?
23        A    Ran inside, started hearing the yelling and
24   then we went down the hallway.
25        Q    So you could hear yelling?
```

LITIGATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com

Exhibit 6   Page 190

Michael Lee                                              February 24, 2017

1      A     Yes.

2      Q     All right.

3            And then you arrived at a hallway.  What

4   did you see -- well, you arrived at a hallway with

5   some deputies?

6      A     I didn't see the deputies yet.

7      Q     You did not?

8      A     (Witness shakes head.)

9      Q     Eventually you got to the hallway with

10  deputies and Mr. Phounsy?

11     A     Yes.

12     Q     What did you see when you first got to the

13  hallway?

14     A     Blood.

15     Q     All right.  What else did you see?

16     A     The deputies.

17     Q     How many deputies were already there in the

18  hallway?

19     A     I just saw the -- obviously, to two.  But I

20  was focused on one of the deputies' backs.  I don't

21  know whose back it was.

22     Q     So when you ran inside did you run ahead of

23  Deputy Tennison, or was he ahead of you?

24     A     I was ahead of him.

25     Q     So you were actually the first deputy, to

Michael Lee                                                    February 24, 2017

```
 1    your knowledge, in the house?
 2         A    It was either tied between me and Allen.
 3         Q    All right.  Allen actually had entered
 4    through the garage?
 5         A    Mm-hmm.  He left the front door area.
 6         Q    I see.
 7              So, when you got to the front door area, it
 8    was you, Deputy Tennison, and Deputy Allen?
 9         A    Yes.
10         Q    And then Deputy Allen peeled off to go
11    towards the garage?
12         A    Yes.
13         Q    I see.  So when you arrived at the hallway
14    that included Mr. Phounsy, did you see Deputy
15    Collins and Deputy Krull in there?
16         A    I assumed it was them because -- I don't
17    know whose back I was looking at, but it was one of
18    them.
19         Q    Okay.  You only saw one deputy in the
20    hallway?
21         A    No.  Two.
22         Q    I see.  But they were facing away from you?
23         A    One was.  I can't remember who it was.
24         Q    Okay.  And were any other deputies there?
25    Did you see Deputy Allen at that point?
```

Michael Lee                                      February 24, 2017

```
1       A     Eventually.

2       Q     So you were --

3       A     I couldn't tell you.

4       Q     I'm sorry.  Go ahead.

5       A     I'm sorry.  I couldn't tell you if it

6   was -- if he just got there or if he has been

7   there.

8       Q     So you were the first backup deputy to

9   arrive in the hall?

10      A     Safe to say.

11      Q     Now, what was -- you saw Mr. Phounsy as

12  well?

13      A     No.

14      Q     Not at that point?

15      A     Not at that point.

16      Q     All right.

17            Were Deputy Collins and Deputy Krull

18  standing at that point?

19      A     Yes.

20      Q     What were they doing?

21      A     Struggling with an individual.

22      Q     Did you see any -- I'll use the term

23  "family members."  But anybody else in that hallway,

24  other than Mr. Phounsy, Deputy Collins, and Deputy

25  Krull?
```

Michael Lee                                      February 24, 2017

1      A    No.

2      Q    You didn't see any Asian or Caucasian men?

3      A    No.

4      Q    All right.

5           What did you do when you got to the

6    hallway?

7      A    When I got to the hallway, everybody went

8    to the ground, and I just took up a position.

9      Q    How did everybody go to the ground?

10     A    They just -- I don't know if pushed or just

11   fell.  But they went down.

12     Q    Did you see Deputy Krull striking anybody

13   with her expandable baton at that point?

14     A    No.

15     Q    How far -- so when you walked into the

16   house, you went into the house, took a right -- or

17   I'm sorry -- took a left and then took another left

18   to get to that hallway?

19     A    Correct.

20     Q    So now you're looking out back towards the

21   street you came from?

22     A    Correct.

23     Q    How far down that hallway towards the

24   street were the deputies and Mr. Phounsy?  Were they

25   halfway down the hallway, were they closer to the

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com

Exhibit 6   Page 194

Michael Lee                                           February 24, 2017

1    garage than they were to where you were?  Do you

2    understand what I'm asking?

3        A    They'd be closer to me, that corner that I

4    turned to reach 'em.

5        Q    Okay.  Can you estimate how much closer to

6    you?  So if halfway was halfway, how much closer to

7    you were they than halfway?

8        A    I'm 5-6.  So, if I was like to put my feet

9    at the corner and like lay down straight, probably

10   five to seven feet in, I guess.

11       Q    All right.  So did you help take

12   Mr. Phounsy to the ground?

13       A    No.

14       Q    Did you hear Mr. Phounsy saying anything

15   when you first got to the hallway?

16       A    Words, no.

17       Q    Did you hear him making any noises?

18       A    Growling.

19       Q    What do you mean by "growling"?

20       A    (Indicating noise).

21       Q    Okay.

22       A    Like that.  Sorry.

23       Q    No, that's helpful.  Thank you.

24            So when was the first time you saw

25   Mr. Phounsy?

Michael Lee                                    February 24, 2017

1    A      When I -- when they were already on the
2    ground and I took the handcuffs from Deputy Krull.
3    Q      So, when everybody went to the ground, you
4    still hadn't seen Mr. Phounsy yet?
5    A      Not his face, no.
6    Q      Did you see any part of him?
7    A      Legs and arms.
8    Q      Do you recall what he was wearing at the
9    time?
10   A      I do not.
11   Q      Did he have a shirt on?
12   A      I cannot remember.
13   Q      Did he have pants on?
14   A      Yes.
15   Q      Shorts or pants?
16   A      He had bottoms on.
17   Q      He wasn't naked?
18   A      No.
19   Q      All right.
20          Do you recall what color his -- the
21   clothing he had on his legs was?
22   A      No.
23   Q      All right.
24          So when everybody went to the ground, what
25   did you do?

LITIGATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com

Exhibit 6   Page 196

Michael Lee                                           February 24, 2017

1      A     Took the handcuffs from Deputy Krull.

2      Q     Were you part of everybody going to the

3   ground?  Were you involved in that motion?

4      A     I didn't fall down, no.

5      Q     So you grabbed Mr. Phounsy's right arm?

6      A     I grabbed the cuffs.  So it should have

7   been the right.  Correct.

8      Q     Okay.

9            And were the deputies saying anything at

10  this point?  Was there any discussion among the

11  deputies at this point?

12     A     Discussion?  There was just yelling.  So

13  anything specific?  No.

14     Q     Okay.  What happened next?

15     A     I took the cuffs and told her to get out

16  and --

17     Q     By "her" you mean Deputy Krull?

18     A     Krull, yes.

19     Q     Did you have any reason to believe Deputy

20  Krull was injured at that point?

21     A     She had blood on her.

22     Q     She had blood on her?

23     A     (Witness nodded head.)

24     Q     Where?

25     A     I think it was on her shirt.

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com

Exhibit 6   Page 197

Michael Lee                                    February 24, 2017

1        Q      All right.  Do you recall how much blood

2    was on her shirt?

3        A      I don't recall.

4        Q      Do you recall where on her shirt there was

5    blood?

6        A      Not specific.

7        Q      Did you know if it was her blood or

8    somebody else's blood?

9        A      No idea.

10       Q      Other than you remembering seeing blood on

11   Deputy Krull's shirt, did you have any reason to

12   believe she was injured?

13       A      Yes.

14       Q      What else?

15       A      She was in a fight.  So there's gonna be at

16   least redness.

17       Q      Redness where?

18       A      That depends on where she was hit.

19       Q      Did you have any reason to believe she had

20   been hit anywhere at that point?

21       A      I didn't look at her face or anywhere.

22       Q      So up to that point you hadn't seen Deputy

23   Krull's face?

24       A      No.

25       Q      At any point while you were in the hallway

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com

Exhibit 6   Page 198

Michael Lee                                               February 24, 2017

1    did you see Deputy Krull's face?

2       A     Maybe briefly.  But looking at her, talking

3    to her, no.

4       Q     What about Deputy Collins?  At any point in

5    the hallway did you see Deputy Collins' face?

6       A     Yes.

7       Q     When?

8       A     So I already had the cuffs, and then he

9    just fell back.  He just fell against the wall, and

10   that's when I saw just covered in blood.

11      Q     All right.  Okay.  So you got -- was Deputy

12   Allen assisting at that point?

13      A     He was near the head area.

14      Q     Mr. Phounsy's head?

15      A     Correct.  Closer to the street side of the

16   hallway.

17      Q     And was he -- what was he doing?

18      A     Assisting where he could.

19      Q     Was he placing downward pressure on

20   Mr. Phounsy's head?

21      A     I couldn't say for sure.

22      Q     Did he have his hands on Mr. Phounsy?

23      A     Most likely.

24      Q     Okay.  Was Deputy Tennison also there on

25   scene assisting?

Michael Lee                                    February 24, 2017

1       A      Yes.

2       Q      What was he doing?

3       A      He was getting the other arm, the left

4    hand.  Left arm.  Helping me with handcuffs.

5       Q      Okay.  So he was straight across from you?

6       A      He would be off to my left.

7       Q      All right.  And did -- so the hand that you

8    had of Mr. Phounsy already had a cuff on it?

9       A      Yes.

10      Q      Did you hear anybody saying, "The cuff's

11   broken"?

12      A      No.

13      Q      Did you ever say, "The handcuffs are

14   broken"?

15      A      No.

16      Q      Was any of the handcuffs you tried to use

17   to cuff Mr. Phounsy broken?

18      A      Can't recall.  I just used the handcuff

19   that I had.

20      Q      You used your own set of cuffs?

21      A      No.  The handcuff that I had, that I was

22   holding.

23      Q      All right.  You're confident you never

24   said, "The cuff is broken"?

25      A      Yes.

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com

Exhibit 6   Page 200

Michael Lee                                          February 24, 2017

1      Q      So did somebody eventually put a cuff on

2   the left-hand?

3      A      It was already cuffed.

4      Q      The left hand was?

5      A      (Witness nodded head.)

6      Q      Who placed the handcuff on the left hand?

7      A      No idea.

8      Q      Are you the deputy that actually completed

9   handcuffing Mr. Phounsy?

10     A      Yes.

11     Q      So did you use the cuff that was already on

12  the right hand when you first grabbed Mr. Phounsy to

13  cuff Mr. Phounsy, or did you use the cuff that was

14  on the left hand?

15     A      No idea.  I just only -- I didn't link them

16  together.  So one cuff both wrists.

17     Q      All right.

18          So, even though there were two sets of

19  cuffs on Mr. Phounsy, one set on the right hand, one

20  set on the left hand, when you linked it, you only

21  used one set to fully cuff Mr. Phounsy.

22     A      Yes.  One pair of cuffs.

23     Q      So there were -- after you finished fully

24  cuffing Mr. Phounsy, there was still two sets of

25  cuffs on him?

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com

Exhibit 6   Page 201

Michael Lee                                              February 24, 2017

```
 1        A     Afterwards, yes.
 2        Q     Did anybody ever fully cuff that second
 3   set?
 4        A     Not to my knowledge.
 5        Q     You did not?
 6        A     I did not.
 7        Q     Did you ever take that second set off?
 8        A     I did not.
 9        Q     Okay.
10              How long did it take you after you arrived
11   there in the hallway to completely handcuff
12   Mr. Phounsy?
13        A     No idea.  Seemed like forever.  I couldn't
14   give you an approximation.
15        Q     More than five minutes, less than five
16   minutes?
17        A     It seemed like forever.
18        Q     More than 10 minutes?
19        A     More than one; less than 60.  I don't know.
20        Q     Okay.
21              At some point did Deputy Collins and Deputy
22   Krull leave the hallway?
23        A     Yes.
24        Q     Did they leave before or after Mr. Phounsy
25   was cuffed?
```

Michael Lee                                    February 24, 2017

1         A      Before.

2         Q      All right.  So what happened once you got

3    Mr. Phounsy handcuffed?

4         A      Once he was handcuffed, we applied cord

5    cuffs.

6         Q      All right.  Who helped you apply the

7    maximum restraints to Mr. Phounsy?

8         A      I provided the cord cuffs.  I did not apply

9    them.

10        Q      Okay.  So the maximum restraints that were

11   placed on Mr. Phounsy, they were your two cord

12   cuffs?

13        A      My cord cuffs, correct.

14        Q      Was Deputy Martinson there assisting at

15   this point?

16        A      Yes.

17        Q      What about Deputy Fischer?

18        A      Correct.

19        Q      What about Deputy Pugh?

20        A      Correct.

21        Q      What was Deputy Martinson doing?

22        A      They were on the leg area.

23        Q      Holding down Mr. Phounsy's legs?

24        A      I don't know if she was specifically

25   holding down, but she was over in that area.

Michael Lee                                                February 24, 2017

```
 1        Q     What about Deputy Fischer?

 2        A     Same.

 3        Q     Mr. Phounsy's leg area?

 4        A     Yes.

 5        Q     What about Deputy Pugh?

 6        A     Same.

 7        Q     So all three of those deputies were in

 8   Mr. Phounsy's leg area?

 9        A     Correct.

10        Q     What was Mr. Phounsy doing at this time?

11        A     Still tensing his body, still growling,

12   kicking his legs, tensing his legs.  He was pulling

13   his arms apart.  They were cuffed but outward.

14        Q     So, when you got Mr. Phounsy cuffed, he was

15   cuffed behind his back?

16        A     Correct.

17        Q     At any point did Mr. Phounsy strike you?

18        A     Strike me?  No.

19        Q     At any point did Mr. Phounsy do anything

20   that led you to believe he was trying to strike you?

21        A     Me specifically?

22        Q     Yes.

23        A     Just the struggling and the kicking.

24        Q     All right.

25              And so what about the struggling and
```

Michael Lee                                    February 24, 2017

1   kicking led you to believe he was actually trying to

2   strike you?

3       A    Kick whoever he can.  Kicking is kicking in

4   my direction.

5       Q    So he was kicking in your direction?

6       A    I was near the leg area.

7       Q    I thought you were up near his chest area.

8       A    Well, I had to provide -- chest area, no.

9   So from hip downward, that was where I was, because

10  that's where the cord cuffs are going to be applied,

11  legs and waist.

12      Q    So it was you, Deputy Martinson, Deputy

13  Fischer, and Deputy Pugh were all at Mr. Phounsy's

14  legs?

15      A    That area, yes.  And waist.

16      Q    All right.  And it's your testimony that

17  while you were down there, Mr. Phounsy was trying to

18  kick you?

19      A    Kick the deputies.

20      Q    Okay.  So kicking in the direction of all

21  of you?

22      A    (Witness nodded head.)

23              (Discussion held off the record.)

24  BY MR. McBRIDE:

25      Q    You nodded your head.  Is that a "yes"?

Michael Lee                                    February 24, 2017

```
 1        A    Yes.  I'm sorry.
 2        Q    Did Mr. Phounsy ever actually kick you?
 3        A    No.
 4        Q    Did you see Mr. Phounsy ever actually kick
 5   another deputy?
 6        A    They were holding him, his legs.  So
 7   kicking.  So he was kicking them.
 8        Q    So they were holding on to him while he was
 9   moving his legs?
10        A    Yes.  They were controlling the legs.
11        Q    By your definition that was kicking them?
12        A    Yes.
13        Q    How many times did you see this happen?
14        A    I couldn't say for sure.
15        Q    More than five, less than five?
16             MR. CHAPIN:  I'm going to object as vague
17   because he can't answer it.  I don't know what you
18   mean by when "this" happened.
19   BY MR. McBRIDE:
20        Q    When did this kicking of the deputies
21   happen?
22        A    When they were holding the legs.
23        Q    Okay.  How many times did this kicking of
24   the deputies happen?
25        A    I can't give you an exact number.
```

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com

Exhibit 6   Page 206

Michael Lee                                           February 24, 2017

1      Q     Did it happen more than five times?

2      A     Between one and -- one and 10 that I

3    probably saw.

4      Q     All right.

5            And which deputies did Mr. Phounsy -- by

6    your definition of kick -- kick?

7      A     As in?  When he was holding and kicking?

8      Q     When they were holding on to him and he was

9    moving his legs that you defined as a kick, which

10   deputies were kicked by Mr. Phounsy in this manner?

11     A     It would be those three by the legs:

12   Fischer, Pugh, and Martinson.

13     Q     So all of them at once, or would he do this

14   to one at a time?

15     A     Not one at a time.

16     Q     It was all of them at once?

17     A     It depends on if they were -- actually made

18   contacts on the leg.  So I'm not going to say that

19   they were all hugging the leg and then when he

20   kicked, they were all simultaneously kicked so . . .

21     Q     Well, I'm just worried about the times that

22   you're actually counting when you say that

23   Mr. Phounsy kicked these deputies.  I just want to

24   know which one of these deputies were actually

25   kicked by Mr. Phounsy.

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com

Exhibit 6   Page 207

Michael Lee                                           February 24, 2017

1       A    Whoever was holding the leg at the time.

2       Q    As you sit --

3       A    And that could have been all three at one

4    time, or it could have been one at one time.

5       Q    As you sit here today you don't have any

6    specific recollection of which of these deputies

7    were actually kicked by Mr. Phounsy?

8       A    No.

9       Q    Okay.  So who did you hand your cord cuffs

10   to?

11      A    Deputy Pugh, I believe.

12      Q    Whose decision was it to place Mr. Phounsy

13   in maximum restraints?

14      A    I don't think anybody said put him in cord

15   cuffs specifically.

16      Q    Well, they were your cord cuffs that were

17   used.  Did you make the decision?

18      A    I pulled them out in preparation.

19      Q    Did anybody tell you to pull them out?

20      A    I can't recall.

21      Q    Was there any discussion among the deputies

22   about placing Mr. Phounsy in maximum restraints

23   before you guys actually did that?

24      A    Not that I can recall.

25      Q    So you just took the initiative to pull

Michael Lee                                              February 24, 2017

```
1    them out and handed them to Deputy Pugh?
2         A    Yes.
3         Q    Then what happened?
4         A    They were applied to the legs and the
5    waist.
6         Q    Why did you pull your cord cuffs out?
7         A    Because he was still struggling.  So the
8    cord cuffs are used to just restrict an individual's
9    movements.
10        Q    Prior to this how many times in the field
11   had you ever applied maximum restraints to an
12   individual?
13        A    I don't keep a log.  But more than 10.
14   That's in jail and field.
15        Q    Okay.  So more than 10 times prior to this
16   in total you had done that.
17             How about in the field?  Not in a detention
18   setting.
19        A    No idea.
20        Q    Less than five?
21        A    Less than 10.
22        Q    Had you ever done it in the field prior to
23   this?
24        A    Yes.
25        Q    When?
```

Michael Lee                                          February 24, 2017

```
 1      A    I think it was my first year out in

 2   Lakeside.

 3      Q    , Okay.

 4           Other than that first time, can you think

 5   of another time you had applied maximum restraints

 6   in the field?

 7      A    I couldn't give you a date.  But -- yes.

 8      Q    When?

 9      A    I can't give you a date.  During my patrol

10   time.

11      Q    But you do specifically remember another

12   time?

13      A    Yes.

14      Q    Where did this second time happen?

15      A    Santee.

16      Q    Do you recall who you were working with

17   that night?

18      A    No idea.

19      Q    Other than these two times, do you recall

20   any other time you had done this in the field prior

21   to this incident?

22      A    Right now I can't recall.

23      Q    All right.

24           So what happened after you handed the cord

25   cuffs to Deputy Pugh?
```

Michael Lee                                        February 24, 2017

```
 1        A     The cord cuffs were applied.

 2        Q     How were they applied?

 3        A     To the legs and the waist.

 4        Q     Who applied them to the legs?

 5        A     Should have been Deputy Pugh.

 6        Q     Did you actually see Deputy Pugh apply the

 7   cuff to the leg?

 8        A     He was -- all three of them were assisting

 9   because you have to hold the legs, you have to keep

10   them together, and then you have to apply the cord

11   cuffs.

12        Q     All right.

13              So in your report on page 2, fourth

14   paragraph, third sentence, it says,

15                    "I handed one cord cuff to Deputy

16              Pugh and she, with assistance from Deputy

17              Fischer and" Deputy "Martinson, applied

18              the cuff to Phounsy's legs."

19        A     There you go.

20        Q     Is that what you remember happening?

21        A     Yes.

22        Q     Did you use any amount of force on

23   Mr. Phounsy there in the hallway?

24        A     Yes.

25        Q     What?
```

Michael Lee                                              February 24, 2017

1      A     Downward pressure, my body weight.

2      Q     On what part of Mr. Phounsy?

3      A     His arms.  And -- well, back area.

4   So . . .

5      Q     All right.  Did you at any point strike

6   Mr. Phounsy?

7      A     No.

8      Q     Did you see any other deputies using any

9   amount of force on Mr. Phounsy, other than downward

10  pressure?

11     A     Yes.

12     Q     Who?

13     A     Deputy Tennison.

14     Q     What force did Deputy Tennison use on

15  Mr. Phounsy?

16     A     Delivered two strikes.  Or two or three

17  strikes.

18     Q     To where?

19     A     The -- this area (indicating).  Not

20  specifically (indicating).  Let me see.  So between

21  the shoulders and the waist area.

22     Q     All right.

23           So in your report, same paragraph, it says

24  you then saw Deputy Tennison deliver two to three

25  closed fist strikes to Phounsy's right side area.

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com

Exhibit 6   Page 212

Michael Lee                                                    February 24, 2017

1          So just now you were gesturing on the left

2     side, and in your report it says the right side.

3          A     I just did this because --

4          Q     I see.  So you meant the right side ribcage

5     area?

6          A     Yes.

7          Q     That's where you saw Deputy Tennison strike

8     Mr. Phounsy?

9          A     Oh, yes.  I'm sorry.

10         Q     All right.

11              Did you see any other deputies use any

12    other force on Mr. Phounsy besides downward pressure

13    at any point in that hallway?

14         A     Pointing the tasers, a use of force.  So,

15    yes.

16         Q     All right.  But you don't recall which

17    deputy did that?

18         A     No idea.

19         Q     All right.  Any other force?

20         A     Other than downward pressure, strikes, no.

21         Q     Your report, the last sentence of that same

22    paragraph says,

23              "I then saw Deputy Allen use his

24              expandable baton and placed it underneath

25              Phounsy's right arm."

Michael Lee                                     February 24, 2017

```
 1        A     Mm-hmm.
 2        Q     Do you recall that?
 3        A     Yes.
 4        Q     What did Deputy Allen do with his baton?
 5        A     I have no idea.  I went back to looking at
 6   the cord cuffs and the waist and leg areas.
 7        Q     So with --
 8        A     That's why it's only one --
 9        Q     Go ahead.
10        A     That's why it's only -- that's why that's
11   all it is.  I just saw him.  That's all I saw.
12        Q     Did you see Deputy Allen strike Mr. Phounsy
13   with his baton?
14        A     No.
15        Q     Did he place it under his arms and then
16   bend it upward?
17        A     I don't know.
18        Q     You don't know.  Okay.
19              Who applied the cord cuff to Mr. Phounsy's
20   waist area?
21        A     Should have been Deputy Tennison.
22        Q     Did you see him?
23        A     Yes.
24        Q     All right.  And did you see who attached
25   the two cord cuffs together?
```

Michael Lee                                    February 24, 2017

1       A     That I do not.

2       Q     How long after getting Mr. Phounsy

3   handcuffed did it take to get Mr. Phounsy completely

4   in the maximum restraints?

5       A     Handcuffs to completely cord cuffs?

6       Q     Yes.

7       A     Again, it seemed like forever.  But

8   probably say two to probably -- two to six minutes

9   maybe.

10      Q     Okay.

11            What happened after you and the other

12   deputies finished placing Mr. Phounsy in maximum

13   restraints?

14      A     We carried him outside.

15      Q     How long after getting Mr. Phounsy

16   completely in maximum restraints was it before you

17   carried him outside?

18      A     A couple seconds.

19      Q     So, when Mr. Phounsy was being placed in

20   maximum restraints, was he on his stomach?

21      A     When he -- when they were being applied?

22      Q     Yes.

23      A     Stomach and side.

24      Q     All right.

25            So, during the process of applying maximum

Exhibit 6   Page 215

Michael Lee                                         February 24, 2017

1       A    That would be their accord.  So that's how

2   they remember it.

3       Q    So you remember it, though, Mr. Phounsy was

4   rolled into the recovery position seconds after you

5   set him down?

6       A    Set him down; rolled him into the recovery

7   position.

8       Q    Who rolled him into the recovery position?

9       A    I assisted but -- you know, and then I just

10  held him there.

11      Q    Who else was there when Mr. Phounsy was

12  rolled into the recovery position?

13      A    Deputy Carbajal.

14      Q    Do you recall Sergeant Ralph coming over

15  and discussing the recovery position with you and

16  the other deputies?

17      A    No.

18      Q    Do you recall Sergeant Ralph coming over

19  and saying, "Hey, he needs to be rolled into the

20  recovery position"?

21      A    No.

22      Q    You don't recall anybody telling you and

23  the other deputies to roll Mr. Phounsy into the

24  recovery position?

25      A    No.  It's just common practice.  You roll

Michael Lee                                              February 24, 2017

1    them into the recovery position.

2        Q    Other than the two to three seconds after

3    you set Mr. Phounsy down, did you see Mr. Phounsy in

4    the prone position in the driveway while in maximum

5    restraints?

6        A    After -- yes.

7        Q    When?

8        A    When we had to put him back on his stomach

9    to lift him up again.

10       Q    To do what with him?

11       A    Put him on the gurney.

12       Q    So what did you see outside when you walked

13   out?

14       A    Deputies, paramedics.

15       Q    So paramedics were already there at that

16   point?

17       A    Yes.

18       Q    Did you see Deputy Collins or Deputy Krull

19   outside?

20       A    I believe they were getting their photos

21   taken.

22       Q    So, when you set Mr. Phounsy down and he

23   was rolled into the recovery position, did you see

24   any portion of the leg restraints come off?

25       A    No.

Michael Lee                                    February 24, 2017

1      Q      Did you see Deputy Martinson or Deputy Pugh

2   fix the leg restraints at any point?

3      A      Not that I can recall.

4      Q      You never saw them apply another set or

5   another cord cuff to the legs?

6      A      No.

7      Q      Did you use any amount of force on

8   Mr. Phounsy in the driveway?

9      A      Just downward pressure again.

10     Q      On what part of Mr. Phounsy's body?

11     A      Arm and shoulder area.

12     Q      Did any other deputies use any amount of

13  pressure on Mr. Phounsy in the driveway?

14     A      Carbajal was maintaining his head.

15     Q      And how was she maintaining his head?

16     A      With her hands.

17     Q      Was she pressing down on his head, or was

18  she holding it -- holding the sides of his head?

19     A      I don't know if she was pushing down, but

20  she had control of it.

21     Q      Okay.

22            What was Mr. Phounsy doing -- what was his

23  demeanor there in the driveway, at least after you

24  set him down and rolled him into the recovery

25  position?

Michael Lee                                    February 24, 2017

1       A    Still growling, still tensing his whole
2  body, still trying to extend his legs in a kicking
3  manner.
4       Q    All right.
5            You said he was trying to extend his legs,
6  but he couldn't, obviously, because he's now in
7  maximum restraints; right?
8            MR. OSTERBERG:  Objection.  Argumentative.
9  Assumes facts not in evidence.
10            THE WITNESS:  It was objected.
11            MR. CHAPIN:  It's okay.
12            THE WITNESS:  Oh, okay.
13            MR. CHAPIN:  If you can answer it.
14            THE WITNESS:  Sure.
15  BY MR. McBRIDE:
16       Q    And I didn't explain to you.
17            Your attorney, as well as these other
18  attorneys, may make objections.  You still have to
19  answer unless Mr. Chapin, your attorney, instructs
20  you not to answer.
21       A    Okay.
22       Q    Does that make sense?
23            MR. CHAPIN:  You may have to repeat the
24  question.
25            THE WITNESS:  Yeah.

Exhibit 6   Page 219

Michael Lee                                          February 24, 2017

1        A    No.

2        Q    All right.

3             So what happened then?  After you set

4    Mr. Phounsy down and you roll him into the recovery

5    position, what happens?

6        A    Paramedics started evaluating him, gave him

7    a shot and then put him on the gurney, and he left.

8        Q    All right.

9             In your recorded interview you said -- you

10   were describing Mr. Phounsy's demeanor.  You say his

11   legs were bent backwards to his butt.

12            Lucky was trying to kick but, because of

13   the restraints, he couldn't.  He was just pulling on

14   himself.  Somebody had to hold his head down because

15   he was trying to bring it up.

16       A    Okay.

17       Q    Is that what you remember happening?

18       A    If that's what I said, then, yes.

19       Q    Well, I'm not asking you if that's what you

20   said.  I'm asking if that's what you remember

21   happening.  If you don't remember that happening,

22   that's fine.

23       A    Again, I was holding and Carbajal was

24   holding the head.

25       Q    Do you remember Mr. Phounsy just kind of

Michael Lee                                     February 24, 2017

```
 1              MR. OSTERBERG:  Objection.  Argumentative.
 2              THE WITNESS:  I'm just trying to -- so
 3    you're asking from the time we put him down, put him
 4    in the recovery position, start two minutes after
 5    that or --
 6    BY MR. McBRIDE:
 7        Q    No.
 8              Just so we're clear I know -- and it very
 9    well could have been a confusing question on my
10    part.
11              After you set Mr. Phounsy on the ground,
12    how long after that was it before paramedics came
13    over and began evaluating, assessing and treating
14    Mr. Phounsy?
15        A    They were right there.  So, whether it was
16    a visual or hands-on evaluation, that's on them.  I
17    don't know what they were doing.
18        Q    How long after you set Mr. Phounsy down was
19    it before the paramedics actually came over and were
20    hands on with Mr. Phounsy?
21              MR. OSTERBERG:  Objection.  Asked and
22    answered.
23              THE WITNESS:  I couldn't give you an exact
24    time.
25              I'm pretty sure in my report they tried
```

Michael Lee                                    February 24, 2017

1          In your recorded statement you said that

2    they gave him two shots to calm him down.  Do you

3    remember seeing two shots or one shot?

4       A    I remember seeing one, and I can't -- it's

5    been so long.  If I said two, then -- did I visually

6    see the second one?  I can't recall.  But if I said

7    two, then there were two.

8       Q    So talk to me about the one that you do

9    remember.  How soon after you set Mr. Phounsy down

10   was it before he got that shot that you remember

11   seeing?

12      A    Minutes.  Can't give you an exact.

13      Q    Do you recall where on Mr. Phounsy the shot

14   was given?

15      A    I do not.  I've seen it -- in the past I've

16   seen it put in the leg and in the shoulder area.  So

17   it was one of those.

18      Q    Did the shot have any effect on

19   Mr. Phounsy?

20      A    No.

21      Q    You don't remember seeing a second shot

22   before they transported Mr. Phounsy?

23      A    Today I can't recall.  But during the

24   interview when it was fresh in my mind if I said

25   two, then it was two.

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com

Exhibit 6   Page 222

Michael Lee                                      February 24, 2017

1    the ankles to the waist?

2         A    I didn't see any of that.

3         Q    Did you hear any discussions among either

4    the deputies or the medics or both about removing

5    the maximum restraints from Mr. Phounsy?

6         A    No.

7         Q    And were you there by Mr. Phounsy's side

8    the entire time after you set him down in the

9    driveway until he was loaded into the ambulance?

10        A    To the ambulance?  No.  To the gurney?

11   Yeah.

12        Q    All right.

13             So, after taking Mr. Phounsy out, setting

14   him down, you were by his side until he was loaded

15   onto the gurney?

16        A    Yes.

17        Q    You didn't get up and walk inside or go

18   anywhere else in the driveway, other than by

19   Mr. Phounsy's side, until he was loaded into the

20   gurney?

21        A    One more time.

22        Q    You were -- you didn't get up and go

23   anywhere else in the driveway, other than right by

24   Mr. Phounsy's side after he was set down in the

25   driveway until he was loaded onto the gurney?

Michael Lee                                      February 24, 2017

1      A     I don't believe so.

2      Q     And where did you go after Mr. Phounsy was

3   loaded into the gurney?

4      A     I eventually went back inside the house,

5   looked at some of the deputies -- I can't remember

6   if I talked to anybody.  But went back inside the

7   house, looked at the door that we just kicked in,

8   and then that's about it.

9      Q     All right.  So you helped place Mr. Phounsy

10  on the gurney?

11     A     Yes.

12     Q     Was Mr. Phounsy placed on the gurney in the

13  prone position initially?

14     A     Yes.

15     Q     Okay.  And how long was he on -- on that

16  gurney in the prone position?

17     A     A couple seconds to a couple minutes.

18  Or --

19     Q     And did the medic --

20     A     Excuse me.

21     Q     I'm sorry.

22     A     No, a couple seconds, because then we moved

23  him into -- because they had to strap him down, and

24  they didn't want to do that on the stomach.  So we

25  moved him to the recovery position so the straps

Michael Lee                                                February 24, 2017

1    could already be, you know, set.

2        Q    So the medics told you and the other

3    deputies to move him into the recovery position?

4        A    I don't think anybody told us.  Like I

5    said, it's just once you're in -- once we're putting

6    him somewhere, and they're going to be there for a

7    minute, recovery position.

8        Q    All right.

9            In your recorded interview you said the

10   medics told you Lucky had to be on his side, not his

11   stomach.

12       A    Okay.

13       Q    Do you remember them telling you that?

14       A    I don't remember that, no.

15       Q    Okay.

16           Is there any reason you would have made

17   that up in your interview to Homicide detectives

18   about this incident?

19       A    No.

20       Q    So you believe if you told Homicide

21   detectives that, that was based on the truth,

22   something you saw or heard during the incident?

23       A    Yes.

24       Q    Was Lucky handcuffed to the gurney as well?

25       A    No.  Not when we -- not when I was there.

Exhibit 6   Page 225

Michael Lee                                    February 24, 2017

1        A     No idea.

2        Q     So how much time were you there on scene

3   after Mr. Phounsy was loaded onto the gurney?  Were

4   you there for another half an hour, another five

5   minutes?

6        A     No idea.

7        Q     Did you see the ambulance with Mr. Phounsy

8   in it drive away?

9        A     I don't remember it driving away.

10       Q     All right.

11             MR. McBRIDE:  Mitch, do you have something?

12             MR. DEAN:  I do.

13             MR. McBRIDE:  I'll go over my notes while

14   you're --

15             MR. DEAN:  Sure.

16

17                    EXAMINATION

18   BY MR. DEAN:

19       Q     My name is Mitch Dean.  I represent the

20   Santee paramedics.

21       A     Yes, sir.

22       Q     When Mr. Phounsy was in the hallway and

23   after he was handcuffed behind his back, why did

24   you -- did you think it was appropriate that he be

25   placed in maximum restraints?

Michael Lee                                    February 24, 2017

```
 1        A    Because he was still struggling.
 2        Q    Let me ask two questions.  I didn't ask the
 3   question good enough.
 4             Did you think it was appropriate at that
 5   time to put him in max restraints?
 6        A    Yes.
 7        Q    Why?
 8        A    Because he was still struggling with us.
 9        Q    And so once he's placed in maximum
10   restraints and his ankles are now together and
11   clipped to the cord that's attached his midsection,
12   suddenly did he become docile and harmless?
13        A    No.
14             MR. McBRIDE:   Objection.  Argumentative.
15   Vague and ambiguous.
16   BY MR. DEAN:
17        Q    So the application of the max restraints
18   didn't just make him go all peaceful?
19        A    No.
20             MR. McBRIDE:   Objection.  Argumentative.
21   BY MR. DEAN:
22        Q    What was he doing even when he was in max
23   restraints in the hallway?
24             MR. McBRIDE:   Objection.  Vague and
25   ambiguous.
```

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com

Exhibit 6   Page 227

Michael Lee                                    February 24, 2017

1           THE WITNESS:  Still doing -- sorry.  Still

2      doing the kicking motions, the growling, the tensing

3      his whole body.  Again with the hands as if he was

4      trying to get them apart.

5      BY MR. DEAN:

6          Q     Okay.

7                Did that behavior you just described

8      continue while you were carrying him to the

9      driveway?

10         A     Yes.

11         Q     Did that behavior that you just described

12     continue when you laid him on the driveway and

13     placed him in the recovery position on the driveway?

14         A     Yes.

15         Q     While you were with Mr. Phounsy from the

16     moment he was placed in the driveway until he was

17     placed on the gurney, did you think it was safe to

18     take him out of the max restraints?

19         A     No.

20         Q     Why not?

21         A     Like you said, you don't put the cord cuffs

22     on and they become docile.  He was still exhibiting

23     all his behaviors that I just mentioned, and it

24     would be unsafe, especially through transportation.

25         Q     Okay.

Exhibit 6   Page 228

Michael Lee                                           February 24, 2017

1           While he was on the driveway and you were

2    with him before he was placed on the gurney, what do

3    you think would have happened if you would have

4    taken him out of max restraints?

5           MR. McBRIDE:   Objection.   Calls for

6    speculation.

7    BY MR. DEAN:

8       Q    Based on all your observations.   Go ahead.

9       A    He would continue --

10          MR. McBRIDE:   Same objections.

11          THE WITNESS:   He would continue -- now he

12   would have free range of motion of all, you know,

13   his legs.

14          So the kicking would be more intense.   He'd

15   have the ability to get up and move around as he

16   pleased without -- obviously, without our

17   interjections.

18   BY MR. DEAN:

19      Q    You said at some point you saw the

20   paramedics attempt to put a blood pressure cuff on

21   one of Mr. Phounsy's arms.

22          Is that true?

23      A    Yes.

24      Q    Do you know -- were they able to do that

25   successfully?

Michael Lee                                          February 24, 2017

```
1              MR. McBRIDE:  Objection.  Lacks foundation.
2   Calls for speculation.
3   BY MR. DEAN:
4       Q    Did you watch the paramedics try to put the
5   blood pressure cuff on Mr. Phounsy's arm?
6       A    Yes.
7       Q    Based on that observation, did you see that
8   they were successful in being able to place a blood
9   pressure cuff on Mr. Phounsy's arm?
10      A    They weren't able to.
11             MR. McBRIDE:  Lacks foundation.  Calls for
12  expert opinion.
13  BY MR. DEAN:
14      Q    Describe -- why do you think they were not
15  able to?
16      A    He was still tensing his whole body, still
17  bucking, like I mentioned, and just moving around.
18      Q    I'm going to read some passages from
19  your -- I have a transcript of the summary -- I have
20  a transcript of the taped interview from the
21  Homicide detectives that Mr. McBride was asking you
22  about earlier; okay?
23             I'm going to read some passages, and I want
24  to ask you, No. 1, if you remember that and then,
25  No. 2, whether or not you remember it, was it true;
```

Exhibit 6   Page 230

Michael Lee                                                    February 24, 2017

```
 1       A     Correct.

 2       Q     All right.

 3             You were asked by Detective Patterson,

 4                   "I think you talked about the fight

 5             part.  After he was restrained, did he

 6             continue to try to get out of restraints?

 7             I don't want to put words in your mouth.

 8             But how he acted, carrying him out,

 9             setting him on the driveway and how he

10             acted until he was ultimately -- you lost

11             sight of him."

12             That was the question to you.  Your answer

13    was,

14                   "When he was maximally restrained,

15             like I said, his legs were brought up

16             back toward his back section.  He was

17             just trying to extend them kicking."

18             There's more.  But so far, do you remember

19    him still trying to kick even when the maximum

20    restraints were fully applied?

21       A     Yes.

22       Q     And even back in May of 2015, you described

23    that motion with his legs as kicking; true?

24       A     Correct.

25       Q     Then you said,
```

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com

Exhibit 6   Page 231

Michael Lee                                                    February 24, 2017

```
 1              "Since you can't go so far, it's not
 2         going to -- he's just pulling on himself
 3         at that point.  From the waist he's
 4         kicking.  He's doing that."
 5         Were you trying to explain that if you
 6    tried to kick, the cord would, then, pull on the
 7    midsection cord on his body?
 8         A    Correct.
 9         Q    But he was still trying to kick?
10         A    Correct.
11         Q    You then said,
12              "He's pulling his wrists away from
13         each other as if he's trying to get them
14         back in front, and he's just -- we had to
15         hold down.  I didn't hold down his head,
16         but his head had to be held down because
17         he was really trying to bring that head
18         up.  Just when he kicked, he moved his
19         shoulder and started thrashing his
20         shoulders."
21         My question is:  Do you remember him trying
22    to continue to move his head?
23         A    Yes.
24         Q    He continued -- did he continue to try to
25    move his shoulders?
```

Michael Lee                                                    February 24, 2017

1          A      Yes.

2          Q      And did he continue to try to move his

3     hands apart, even though he was handcuffed?

4          A      Correct.

5          Q      Was this kind of thing happening the entire

6     time he was on the driveway?

7          A      Yes.

8          Q      Did it continue to happen even when you put

9     him on the gurney?

10         A      Yes.

11         Q      You were asked, "Was medical aid given to

12    the subject?"  And you said, "Yes."  And then you

13    were asked, "Explain that."  You said,

14                    "Paramedics came in.  They evaluated

15             him.  I don't know all they did.  I think

16             they tried getting his pulse."

17             The question is first:  Do you remember as

18    you sit here today any paramedics trying to get his

19    pulse?

20         A      With the blood pressure cuff?  Yes.

21         Q      Is that what you meant by "trying to get

22    his pulse"?

23         A      Yes.  Excuse me.  Yes.

24         Q      In addition to trying to put the blood

25    pressure cuff on his arm, do you remember seeing any

Michael Lee                                          February 24, 2017

1    paramedics trying to put their hands either on his

2    neck or his wrists or any other place on his body to

3    try to get a pulse?

4        A    I can't recall.

5        Q    You can't recall whether or not that

6    happened?

7        A    Yes.

8        Q    Then it says,

9                "Did you give any medical aid to

10          him?"

11          You said,

12              "Just put him in the recovery

13          position."

14          And by that do you mean once he was on the

15   driveway you turned him to his side?

16       A    Correct.

17       Q    Do you remember what side he was on?

18       A    I believe it was on his right side.

19       Q    Did you -- and he was still restrained when

20   he was on his side?

21       A    Correct.

22       Q    Then it says -- you were asked what did you

23   see about what the paramedics were doing,

24   essentially.  You said, "They just started.  Tried

25   talking to the guy."

Michael Lee                                    February 24, 2017

1        Did you see paramedics appearing to you to

2    try to communicate with Mr. Phounsy?

3    A    I can't recall specifically.  But, again,

4    if that's what I said, then, yes.

5    Q    That would have been based on an

6    observation you made at the time?

7    A    Correct.

8    Q    It says,

9            "And I think they were trying to get

10           the cuff on."

11       The blood pressure cuff.  We already talked

12   about that.  It says,

13           "Then they gave him -- I don't know

14           what they gave him.  But two sedatives or

15           something.  Two shots.  They said it was

16           supposed to calm him down.  Like I said,

17           I can't remember what the exact name is,

18           but I have seen -- if it's the same

19           thing, I've seen it work before.  It

20           supposedly just mellows them out, brings

21           them back down."

22       Reading that to you, does it refresh your

23   recollection that you saw two shots, or is it a

24   situation where you remember currently in your

25   present recollection one shot but, if you told it to

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com

Exhibit 6   Page 235

Michael Lee                                        February 24, 2017

1    the deputies, you must have seen two?

2        A    The second part.

3        Q    Okay.

4             If you told that to the deputies when it

5    was fresher in your mind, it means you did see the

6    application of two shots?

7        A    Correct.

8        Q    You were asked, "You say two shots?  "Yeah.

9    Two doses."

10            Detective Patterson:  "Back to back?"  And

11   you said,

12                "No, not back to back.  Just the

13                first one.  And then, again, I don't know

14                the time lapse and then before they

15                transported him."

16            As you sit here today do you remember --

17   you've already told me you only currently remember

18   one shot.  Is that true?

19       A    Correct.

20       Q    So you couldn't tell me today even if I

21   asked you what the time interval was between the

22   application of the first shot and the second shot,

23   could you?

24       A    No idea.

25       Q    Then the event I'm going to talk about now

Michael Lee                                    February 24, 2017

1    is taking him from the ground and putting him on the

2    gurney.

3           Were the paramedics present when that

4    transfer from the ground, the driveway, onto the

5    gurney was happening?

6       A    Yeah.  They brought the gurney.

7       Q    Okay.  He said, "What did you do after

8    this?"  You said,

9               "I assisted" -- excuse me --

10              "assisted with putting him on the gurney,

11              helped him get strapped in the gurney

12              straps, and that was it."

13           Question:  "When he's getting

14           strapped to the gurney and put on the

15           ambulance, what's his actions?  What's he

16           doing?"

17           Answer:  "Same thing.  Still trying

18           to kick his legs, still tensing his whole

19           body and still growling."

20           My first question is:  Do you remember

21   that -- those actions that I just described from

22   your testimony when he was being placed onto the

23   gurney?

24      A    Yes.

25      Q    You were asked what kind of restraints he

Michael Lee                                        February 24, 2017

1    was in and his position on the gurney.  You said,

2              "We kept him in the max restraints

3          but on the gurney kept him in the

4          recovery position because paramedics said

5          we can't have him on his stomach."

6          Do you remember that as you sit here

7    today?

8    A    I remember putting him in the recovery

9    position.

10   Q    You just don't know what prompted you to do

11   that, whether it was you just doing it or the

12   paramedics telling you that that has to happen.  Is

13   that accurate?

14   A    Correct.

15          MR. McBRIDE:  Objection.  Leading.

16   Misstates prior testimony.

17   BY MR. DEAN:

18   Q    The question to you was, "When you saw him,

19   was he acting like he" -- this is when he -- I'll

20   set the context for you.  This is on the gurney now;

21   okay?

22   A    Okay.

23   Q     "When you saw him was he acting like he

24          would be a danger to everybody if he was

25          taken out of his restraints?"

Michael Lee                                          February 24, 2017

```
 1          And you said,
 2               "Yeah.  To get him out of
 3          restraints, it wouldn't have been good."
 4          My question is:  Does that sound accurate?
 5     A    Yes.
 6     Q    Why wouldn't it have been good?
 7     A    Because we put the cord cuffs on for a
 8 reason, and it was because he was being so violent
 9 in his behavior.  And since he was still exhibiting
10 those behaviors while in cord cuffs, if you took
11 them off, they would still continue.
12     Q    Do you think that it would have been
13 unsafe -- based on your observations, would it have
14 been unsafe for the paramedics if he was taken out
15 of the maximum restraints?
16     A    Absolutely.
17          MR. McBRIDE:  Objection.  Calls for
18 speculation.
19          MR. DEAN:  The answer?
20          THE REPORTER:  "Absolutely."
21          MR. DEAN:  Thank you.
22          I appreciate it.  I appreciate it.  Thanks
23 very much.
24          MR. McBRIDE:  All right.  Two quick ones.
25 /////
```

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com

Exhibit 6   Page 239

Michael Lee                                          February 24, 2017

```
 1                 FURTHER EXAMINATION
 2   BY MR. DEAN:
 3       Q     Did the paramedics at any point ask you any
 4   questions?
 5       A     About?   I don't recall any questions being
 6   asked of me.
 7       Q     About what had -- the intensity or the
 8   duration of the struggle inside?
 9       A     I can't recall anything specific.
10       Q     Now, when you placed Mr. Phounsy on the
11   gurney, were his legs hanging off the gurney in any
12   way?
13             THE WITNESS:   Hanging off?   No.   Would the
14   shoe be over the edge just because of his size?   I
15   think anybody's foot would be over the edge.   But
16   hanging off?   No.
17   BY MR. DEAN:
18       Q     Do you specifically remember any part of
19   Mr. Phounsy's leg hanging over the edge of the
20   gurney?
21       A     No.
22       Q     You put the orange straps or helped apply
23   the orange straps to Mr. Phounsy on the gurney?
24       A     The gurney straps?
25       Q     Yes.
```

Michael Lee                                    February 24, 2017

```
1        A    Yes.

2        Q    Did you apply both of those?

3        A    No.

4        Q    How tight did you apply those straps?

5            MR. CHAPIN:  Lacks foundation.  Overbroad.

6   Vague and ambiguous.

7            THE WITNESS:  Just clip and make sure

8   they're snug so -- it's pointless to even put a

9   strap if it's just loose.

10  BY MR. DEAN:

11       Q    So it was snug?

12       A    Close to the body.

13       Q    Okay.

14       A    Like a seatbelt.

15       Q    Did you check it to make sure Mr. Phounsy

16  could still breathe after you attached it?

17       A    No.

18       Q    Did you see anybody else check it to make

19  sure Mr. Phounsy could still breathe after you

20  attached it?

21       A    Did I see anybody?  No.

22            MR. McBRIDE:  That's all I have.  Same

23  stip?

24            MR. CHAPIN:  Sure.

25            MR. OSTERBERG:  Sure.
```

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com

Exhibit 6   Page 241

## DECLARATION UNDER PENALTY OF PERJURY

I, MICHAEL LEE, do hereby certify under penalty of perjury that I have read the foregoing transcript of my deposition taken on February 24, 2017; that I have made such corrections as appear noted herein in ink, initialed by me; that my testimony as contained herein, as corrected, is true and correct.

DATED THIS _____4_____ day of _____APRIL_____,

20 _17_, at _____SANTEE_____, _____CA_____
                    (City)           (State)

_Michael Lee_
MICHAEL LEE

Page 112

Exhibit 6   Page 242

Michael Lee                                                    February 24, 2017

```
1                    CERTIFICATE OF

2         CALIFORNIA CERTIFIED SHORTHAND REPORTER

3              I, the undersigned, a Certified Shorthand

4    Reporter of the State of California, do hereby

5    certify:

6              That the foregoing proceedings were taken

7    before me at the time and place herein set forth;

8    that any witnesses in the foregoing proceedings,

9    prior to testifying, were placed under oath; that a

10   verbatim record of the proceedings was made by me

11   using machine shorthand which was thereafter

12   transcribed under my direction; further, that the

13   foregoing is an accurate transcription thereof.

14             The dismantling of this transcript will

15   render the reporter's certificate null and void.

16             I further certify that I am neither

17   financially interested in the action nor a relative

18   or employee of any attorney of any of the parties.

19             Reading and signing was requested.

20             IN WITNESS WHEREOF, I have this date

21   subscribed my name.

22

23   Dated:  March 9, 2017

24                          KATHLEEN S. McLAUGHLIN
                            CSR No. 5845
25
```

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com

Exhibit 6   Page 243