# Exhibit 9

Exhibit 9   Page 252

# San Diego County Sheriff's Department
## Crime/Incident Report

| | |
|---|---|
| CAD Event No.: E2445548 | Case No: 15118678 |
| Primary Victim: Collins, M | Report No.: 15118678.1 |

Page 1 of 10

## GENERAL CASE INFORMATION

- **Primary Charge:** 243 (C)(1) - PC - BATTERY AGAINST EMERGENCY PERSON SERIOUS INJURY (F)
- **Special Studies:**
- **Related Cases:**
- **Location, City, State, ZIP:** 8538 Holden Rd, Santee, CA 92071
- **Occurred On:** 04/13/2015 22:13:00 (Monday) (and Between)
- **Jurisdiction:** City of Santee - SANTEE
- **Beat:** 516
- **Call Source:** ANI/ALI
- **Means:** 22 - Inflicted Injury
- **Motives:** 08 - To Injure the Victim

## VICTIM/S

### Victim #1

- **Person Code:** [ ] Secured Premise [ ] Discovered Crime [ ] Reporting Party [ ] Law Enforcement Officer
- **Name:** Collins, M
- **Victim Type:** L - Law Enforcement Officer
- **Interpreter Language:**

**ALIAS / AKA / NICKNAME / MONIKER:**

| Name Type | First | Middle | Last | Suffix |
|---|---|---|---|---|

**Victim Of:**
- 69 - PC - OBSTRUCT/RESIST EXECUTIVE OFFICER WITH SERIOUS INJURY (F)
- 243 (C)(1) - PC - BATTERY AGAINST EMERGENCY PERSON SERIOUS INJURY (F)

- **County Residence:** R - Resident
- **Home Address, City, State, ZIP:** 8811 Cuyamaca Street, Santee, CA 92071
- **Res. Country:** US
- **Place of Birth:**
- **Undocumented:** No
- **Race:** H  **Sex:** M  **Date of Birth / Age:** 00
- **Employment Status:** E - Employed
- **Occupation/Grade:** deputy sheriff
- **Employer/School:** san diego sheriffs department
- **Employer Address, City, State, ZIP:** 8811 Cuyamaca St, Santee, CA 92071

**CONTACT INFORMATION**
- Type: / Number/Address:

**IDENTIFICATION**
- Type: / Number: / State: / Country:

- **Attire:**
- **Injury:** O - Other Major Injury
- **Extent of Treatment:** 03 - Hospital
- **Violent Crime Circumstances:** 02 - Assault On Law Enforcement Officer(s)
- **LAW ENFORCEMENT OFFICER KILLED OR ASSAULTED INFORMATION**
  - **Type:** N - No Death Involved
  - **Type Activity:** 11 - All Other
  - **Type Assignment:** G - One Officer Vehicle - Alone
- **VICTIM OFFENDER RELATIONSHIPS**
  - **Offender:** S1 - Phounsy, Lucky
  - **Relationship:** ST - Victim Was Stranger

### Victim #2

- **Person Code:** [ ] Secured Premise [ ] Discovered Crime [ ] Reporting Party [ ] Law Enforcement Officer
- **Name:** Krull, J
- **Victim Type:** L - Law Enforcement Officer
- **Interpreter Language:**

**ALIAS / AKA / NICKNAME / MONIKER:**

| Name Type | First | Middle | Last | Suffix |
|---|---|---|---|---|

**Victim Of:**
- 69 - PC - OBSTRUCT/RESIST EXECUTIVE OFFICER WITH SERIOUS INJURY (F)
- 243 (C)(1) - PC - BATTERY AGAINST EMERGENCY PERSON SERIOUS INJURY (F)

- **County Residence:** R - Resident
- **Home Address, City, State, ZIP:** 8811 Cuyamaca, Santee, CA 92071
- **Res. Country:** US
- **Place of Birth:**
- **Undocumented:** No
- **Race:** W  **Sex:** F  **Date of Birth / Age:** 00
- **Employment Status:** E - Employed
- **Occupation/Grade:** Deputy Sheriff
- **Employer/School:** san diego sheriffs department
- **Employer Address, City, State, ZIP:**

---

- **Reporting Officer:** SH3141 - CARBAJAL, SANDRA (JANET)
- **Division / Organization:** Santee Station / SANTEE PATROL
- **Reviewed By:**
- **Report Date:** 4/14/2015 12:15:50 AM
- **Detective Assigned:** SH2658 - PATTERSON, BRIAN
- **Reviewed Date:**

NetRMS_CASDCR.rtf v11-15-06

Printed: April 21, 2015 - 12:51 PM

Exhibit 9   Page 253



## San Diego County Sheriff's Department
## Crime/Incident Report

CAD Event No.: E2445548
Primary Victim: Collins, M
Case No.: 15118678
Report No.: 15118678.1

Page 2 of 10

### CONTACT INFORMATION:
Type:
Number/Address:

### IDENTIFICATION:
Type:
Number:
State:
Country:

Attire:
Injury: M - Apparent Minor Injury
Extent of Treatment: 03 - Hospital
Violent Crime Circumstances: 02 - Assault On Law Enforcement Officer(s)

LAW ENFORCEMENT OFFICER KILLED OR ASSAULTED INFORMATION
Type: N - No Death Involved
Type Activity: 11 - All Other
Type Assignment: G - One Officer Vehicle - Alone

VICTIM OFFENDER RELATIONSHIPS
Offender: S1 - Phounsy, Lucky
Relationship: ST - Victim Was Stranger

### IBR/UCR OFFENSE/S

Offense Description: 243 (C)(1) - PC - BATTERY AGAINST EMERGENCY PERSON SERIOUS INJURY (F)
Level: F | Against: PE | Completed?: Yes | Counts: | Using: D - Drugs/Narcotics
Location Type: 206 - House Trailer/Manufactured Home
Hate/Bias: 88 - None (No Bias)
Domestic Violence: No
Criminal Activity:
Type Security:
Gang Related: No
Entry:
Point of Entry:
Weapons/Force: 40 - Personal Weapons (Threats, Hands, Fists, Feet, etc.)
Tools:
Targets:

Offense Description: 69 - PC - OBSTRUCT/RESIST EXECUTIVE OFFICER WITH SERIOUS INJURY (F)
Level: F | Against: PE | Completed?: Yes | Counts: | Using: D - Drugs/Narcotics
Location Type: 206 - House Trailer/Manufactured Home
Hate/Bias: 88 - None (No Bias)
Domestic Violence: No
Criminal Activity:
Type Security:
Gang Related: No
Entry:
Point of Entry:
Weapons/Force: 40 - Personal Weapons (Threats, Hands, Fists, Feet, etc.)
Tools:
Targets:

Offense Description: 11550 (A) - HS - USE/UNDER INFL OF CONTROLLED SUBS (M)
Level: M | Against: SO | Completed?: Yes | Counts: | Using: D - Drugs/Narcotics
Location Type: 206 - House Trailer/Manufactured Home
Hate/Bias: 88 - None (No Bias)
Domestic Violence: No
Criminal Activity: U - Using/Consuming
Type Security:
Gang Related: No
Entry:
Point of Entry:
Weapons/Force:
Tools:
Targets:

### ARRESTEE/S

### SUSPECT/S (Not Yet Arrested)

**Suspect #1**

Name: Phounsy, Lucky
County Residence: R - Resident
Interpreter Language:

ALIAS / AKA / NICKNAME / MONIKER
Name Type: | First: | Middle: | Last: | Suffix:

Home Address, City, State, ZIP: 4765 Keefeld Ave, San Diego, CA 92117
Res. Country: US
Place of Birth: California
Undocumented: No

Race: F | Sex: M | Date of Birth / Age: 07/31/1982 - 32 | Height: 5' 7" | Weight: 175 lbs | Hair Color: BRO | Eye Color: BRO | Facial Hair: 12 - None/Fuzz | Complexion: MED - Medium

Reporting Officer: SH3141 - CARBAJAL, SANDRA (JANET)
Division / Organization: Santee Station SANTEE PATROL
Reviewed By:

Report Date: 4/14/2015 12:15:50 AM
Detective Assigned: SH2658 - PATTERSON, BRIAN
Reviewed Date:

NotRMS_CASDCR.rtf v11-15-06
Printed By SH:
Printed: April 21, 2015 - 12:51 PM

Exhibit 9   Page 254

# San Diego County Sheriff's Department
## Crime/Incident Report

CAD Event No: E2445548
Primary Victim: Collins, M
Case No.: 15118678
Report No.: 15118678.1

**Page 3 of 10**

| Field | Value |
|---|---|
| Hair Style | S - Straight |
| Hair Length | S - Short |
| Build | |
| Teeth | |
| Suspected User | Yes |
| Employment Status | U - Unemployed |

**Contact Information:**
- Type: HP - Home Phone
- Number/Address: 619 372-3522

**Identification:**
- Type: DLN - Drivers License Number
- Number: B8848643

## WITNESSES

### Witness #1
- Witness Type Code: [X] 06-Other Lay Witness
- Name: Nguyen, Loan Thi Minyh
- Person Code: 06 - Other Lay Witness
- County Residence: R - Resident
- Home Address: 4765 Keefeld Ave, San Diego, CA 92117
- Res. Country: US
- Race: A
- Sex: F
- Date of Birth / Age: 08/04/1981 - 33
- Height: 5'5"
- Weight: 110 lbs
- Hair Color: BLK
- Eye Color: BRO
- Complexion: LGT - Light
- Employment Status: U - Unemployed
- Contact: MP - Mobile Phone, 858 342-4088
- DLN: B8367348, State: CA, Country: US
- Injury: N - None

### Witness #2
- Witness Type Code: [X] 06-Other Lay Witness
- Name: Phounsy, Kellie
- Person Code: 06 - Other Lay Witness
- County Residence: R - Resident
- Home Address: 8538 Holden Road, Santee, CA 92071
- Res. Country: US
- Undocumented: No
- Race: A
- Sex: F
- Date of Birth / Age: 04/23/1980 - 34
- Hair Color: BLK
- Eye Color: BRO
- Complexion: LBR - Light Brown
- Employment Status: U - Unemployed
- Contact: MP - Mobile Phone, 951 537-1610
- SSN: 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
- Injury: N - None

---

**Reporting Officer:** SH3141 - CARBAJAL, SANDRA (JANET)
**Division / Organization:** Santee Station, SANTEE PATROL
**Report Date:** 4/14/2015 12:15:50 AM
**Detective Assigned:** SH2658 - PATTERSON, BRIAN

NetRMS_CASDCR.rtf v11-15-06
Printed: April 21, 2015 - 12:51 PM

Exhibit 9 Page 255



# San Diego County Sheriff's Department
## Crime/Incident Report

CAD Event No.: **E2445548**
Primary Victim: **Collins, M**
Case No. **15118678**
Report No. **15118678.1**

Page 4 of 10

## OTHER ENTITIES

### Other Entity #1

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer |

Name: **Phounsy, Kaden**
Entity Type: **OT - Other**
Person Code:
County Residence: **R - Resident**

Name Type: | First: | ALIAS / AKA / NICKNAME / MONIKER: Middle: | Last: | Suffix:

Home Address, City, State, ZIP: **4765 Keefeld Ave, San Diego, CA 92117**
Res. Country: **US**
Place of Birth:
Undocumented:
Interpreter Language:

Race: **A** | Sex: **M** | Date of Birth / Age: **04/14/2013 - 01** | Height: | Weight: | Hair Color: | Eye Color: | Facial Hair: | Complexion:

Employment Status: | Occupation/Grade: | Employer/School: | Employer Address, City, State, ZIP:

CONTACT INFORMATION:
Type: | Number/Address:

IDENTIFICATION:
Type: | Number: | State: | Country:

Injury: **N - None**
Extent of Treatment:

### Other Entity #2

Name: **Phounsy, Kiera**
Entity Type: **OT - Other**
County Residence: **R - Resident**

Home Address, City, State, ZIP: **4765 Keefeld Ave, San Diego, CA 92117**
Res. Country: **US**
Undocumented: **No**

Race: **A** | Sex: **F** | Date of Birth / Age: **12/12/2014**

Injury: **N - None**

### Other Entity #3

Name: **Sayavong, Travis**
Entity Type: **OT - Other**
County Residence: **R - Resident**

Home Address, City, State, ZIP: **8538 Holden Road, Santee, CA 92071**
Res. Country: **US**
Undocumented: **No**

Race: **A** | Sex: **M** | Date of Birth / Age: **10/21/2008 - 06**

---

Reporting Officer: **SH3141 - CARBAJAL, SANDRA (JANET)**
Division / Organization: **Santee Station — SANTEE PATROL**
Reviewed By:

Report Date: **4/14/2015 12:15:50 AM**
Detective Assigned: **SH2658 - PATTERSON, BRIAN**
Reviewed Date:

NetRMS_CASDCR.rtf v11-15-06
Printed: April 21, 2015 - 12:51 PM

Exhibit 9   Page 256



# San Diego County Sheriff's Department
## Crime/Incident Report

| | |
|---|---|
| CAD Event No.: E2445548 | Case No. 15118678 |
| Primary Victim: Collins, M | Report No. 15118678.1 |

Page 5 of 10

**5**

### IDENTIFICATION
| Type: | Number: | State: | Country: |
|---|---|---|---|

| Injury: | Extent of Treatment: |
|---|---|
| N - None | |

## Other Entity #4

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | |
|---|---|---|---|---|---|
| Name: Sayavong, Teegan | | | Entity Type: OT - Other | Person Code: | County Residence: R - Resident |

### ALIAS / AKA / NICKNAME / MONIKER
| Name Type: | First: | Middle: | Last | Suffix |
|---|---|---|---|---|

| Home Address, City, State, ZIP: 8538 Holden Road, Santee, CA 92071 | Res Country: US | Place of Birth: | Undocumented: No | Interpreter Language |
|---|---|---|---|---|

| Race: A | Sex: M | Date of Birth / Age: 01/30/2011 - 04 | Height: | Weight: | Hair Color: | Eye Color: | Facial Hair: | | Complexion: |
|---|---|---|---|---|---|---|---|---|---|

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address, City, State, ZIP: |
|---|---|---|---|

### CONTACT INFORMATION
| Type: | Number/Address: |
|---|---|

### IDENTIFICATION
| Type: | Number: | State: | Country: |
|---|---|---|---|

| Injury: | Extent of Treatment: |
|---|---|
| N - None | |

## Other Entity #5

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | |
|---|---|---|---|---|---|
| Name: OLALIA, JOALYN | | | Entity Type: OT - Other | Person Code: | County Residence: |

### ALIAS / AKA / NICKNAME / MONIKER
| Name Type: | First: | Middle: | Last: | Suffix: |
|---|---|---|---|---|

| Home Address, City, State, ZIP: | Res Country: | Place of Birth: | Undocumented: | Interpreter Language |
|---|---|---|---|---|

| Race: | Sex: | Date of Birth / Age: | Height: | Weight: | Hair Color: | Eye Color: | Facial Hair: | Complexion: |
|---|---|---|---|---|---|---|---|---|

| Employment Status: | Occupation/Grade: Phlebotomist | Employer/School: SPECIMEN SPECIALIST OF AMERICA | Employer Address, City, State, ZIP: 2003-a Opportunity Drive Ste #5, Roseville, CA 95678 |
|---|---|---|---|

### CONTACT INFORMATION
| Type: | Number/Address: |
|---|---|

### IDENTIFICATION
| Type: | Number: | State: | Country: |
|---|---|---|---|

| Injury: | Extent of Treatment: |
|---|---|

---

| Reporting Officer: SH3141 - CARBAJAL, SANDRA (JANET) | Division / Organization: Santee Station SANTEE PATROL | Reviewed By |
|---|---|---|
| Report Date: 4/14/2015 12:15:50 AM | Detective Assigned: SH2658 - PATTERSON, BRIAN | Reviewed Date |

NetRMS_CASDCR rtf v11-15-06     Printed: April 21, 2015 - 12:51 PM

Exhibit 9   Page 257



# San Diego County Sheriff's Department
## Crime/Incident Report

CAD Event No.: **E2445548**  
Primary Victim: **Collins, M**  
Case No.: **15118678**  
Report No.: **15118678.1**

**6**  
Page 6 of 10

## PROPERTY

### Property Item #4.000 - 11550 hs

| Field | Value | Field | Value |
|---|---|---|---|
| Derivative No. | 0 | Property Category | 1919 - Under The Influence - 11550 (A) HS Arrests |
| Status | N - None (Use for Suspected Drug) | Count | |
| Manufacturer | | Model | |
| Serial No. | | Model Year | OAN |
| Color | | Caliber | |
| Body Style | | Recovered/Seized Date | |
| Owner | | Disposition | |
| Evidence Tag | | Alert(s) | |
| Drug Type | U - Unknown Type Drug | Drug Quantity | |
| Search Warrant | | | |
| Notes | | | |

### Property Item #1.000 - blood sample

| Field | Value | Field | Value |
|---|---|---|---|
| Derivative No. | 0 | Property Category | 3311 - Biological - Liquid Blood - in tube or vial |
| Status | ES - Evidence (Seized) | Count | 1 |
| Manufacturer | | Model | |
| Serial No. | | Model Year | OAN |
| Color | | Caliber | |
| Body Style | | Recovered/Seized Date | 04/14/2015 |
| Owner | | Disposition | santee evidence refrigerator |
| Evidence Tag | | Alert(s) | |
| Drug Type | | Drug Quantity | |
| Search Warrant | | | |
| Notes | | | |
| Lab Service Request: Toxicology Send Out | | Property Notes: test for ectasy and acid | |

### Property Item #2.000 - cd containing photographs

| Field | Value | Field | Value |
|---|---|---|---|
| Derivative No. | 0 | Property Category | 1311 - Recording - Interview or Case related - Video/Photo CD, DVD, Tape, Film, Digital storage, Negative |
| Status | ES - Evidence (Seized) | Count | 1 |
| Manufacturer | | Model | |
| Serial No. | | Model Year | OAN |
| Color | | Caliber | |
| Body Style | | Recovered/Seized Date | 04/14/2015 |
| Owner | | Disposition | santee evidence |
| Evidence Tag | | Alert(s) | |
| Drug Type | | Drug Quantity | |
| Search Warrant | | | |
| Notes | | | |

| Reporting Officer | Division / Organization | Reviewed By |
|---|---|---|
| SH3141 - CARBAJAL, SANDRA (JANET) | Santee Station SANTEE PATROL | |
| Report Date 4/14/2015 12:15:50 AM | Detective Assigned SH2658 - PATTERSON, BRIAN | Reviewed Date |

NetRMS_CASDCR rtf v11-15-06  
Printed April 21, 2015 - 12:51 PM

Exhibit 9   Page 258



**San Diego County Sheriff's Department**
**Crime/Incident Report**

| CAD Event No. | E2445548 | Case No. | 15118678 |
| Primary Victim: | Collins, M | Report No | 15118678.1 |

7
Page 7 of 10

### Property Item #3.000 - sweater

| Derivative No.: | 0 | Property Category: | 1405 - Shirt | | |
|---|---|---|---|---|---|
| Status: | ES - Evidence (Seized) | | Count: 1 | Value: | |
| Manufacturer: | | | Model: | | |
| Serial No: | | | Model Year: | OAN: | |
| Color: | | | Caliber: | | |
| Body Style: | | | Recovered/Seized Date: | 04/14/2015 | |
| Owner: | | | Disposition: | santee evidence | |
| Evidence Tag: | | | Alert(s): | | |
| Drug Type: | | | Drug Quantity: | | |
| Search Warrant: | | | | | |
| Notes: | | | | | |

**REPORT NARRATIVE**

**SYNOPSIS:**
Lucky Phounsy was under the influence of a controlled substance at 8538 Holden Rd, in Santee. Santee Sheriffs Deputies Collins and Krull were dispatched to the location. During the incident, the two deputies were injured by Lucky. Lucky displayed aggressive and assaultive behavior towards the two Deputies by punching them numerous times on the face and chest. Deputy Collins and Krull were transported to the hospital for their injuries. Deputy Krull sustained bruising on the right side of her cheek, complaint of pain and dizziness and chest pain. Corporal Collins sustained bruising to both eyes, broken nose, complaint of pain and a headache.

Lakeside Paramedics transported Lucky to Grossmont Hospital for his injuries and possible "Excited Delirium." Deputy Brooke placed a 5150 W&I- 72 hour Psychiatric hold based on Lucky's violent behavior (case #15118686). This case is being forwarded to the San Diego District Attorney's office pending criminal charges for 243 (C)(1) - PC - Battery against emergency person GBI, 69 PC- Obstruct/resist executive officer, and 11550 HS - Under the influence of a controlled substance.

**ORIGIN:**
On 04/13/15, at about 2214 hours, Deputy Krull (0072) and Deputy Collins (7127) responded to 8538 Holden Road in Santee reference a male under the influence of a controlled substance.

**INVESTIGATION:**
At 2221 hours, Deputy Krull and Deputy Collins arrived and contacted Lucky Phounsy inside the residence. Lucky was the original reporting party who told Sheriff's Dispatch he was under the influence of Acid and Cocaine.

At 2225 hours, I heard Deputy Collins request "Code Cover" over the radio. Numerous deputies and I responded Code 3.

At 2226 hours, Deputy Krull announced Taser deployed and "Code Cover." Deputy Krull's voice sounded in distress and I could hear yelling in the background.

| Reporting Officer | Division / Organization | Reviewed By |
|---|---|---|
| SH3141 - CARBAJAL, SANDRA (JANET) | Santee Station SANTEE PATROL | |
| Report Date | Detective Assigned | Reviewed Date |
| 4/14/2015 12:15:50 AM | SH2658 - PATTERSON, BRIAN | |

NetRMS_CASDCR rtf v11-15-06  Printed Apr 21, 2015 - 12 51 PM

Exhibit 9   Page 259



| | San Diego County Sheriff's Department<br>Crime/Incident Report | | |
|---|---|---|---|
| CAD Event No.: E2445548 | | Case No. 15118678 | **8** |
| Primary Victim: Collins, M | | Report No. 15118678.1 | Page 8 of 10 |

At about 2227, I heard Deputy Collins continue requesting "Code Cover." At this point I noticed Deputy Collins was also in distress and San Diego Sheriffs Dispatch advised him multiple units were enroute to his location.

At about 2230, deputy Krull requested 11-41 ambulance needed for a deputy.
Within minutes, numerous deputies and Sergeant Ralph arrived on scene to assist Deputies Collins and Krull. See Deputies reports for involved use of force by Deputies.

At about 2231 hours, Deputy Fischer and I arrived on scene. As I ran into the residence I observed blood splattered all over the ground and walls. I saw several deputies were still struggling with Lucky in the hallway. Lucky was resisting and attempting to get the deputies off of him. I observed Lucky had two sets of handcuffs on. One pair of handcuff was completely applied to both of Lucky's wrist. A second pair of handcuff was applied to one of Lucky's wrist with the opposite single strand not secure to the opposite wrist. The unsecure strand of the cuff was open as if could have been used as an impact weapon. About seven deputies were struggling, attempting to place cord cuff restraints on Lucky. Lucky continued to move to his sides in attempt to move the deputies hold. Lucky attempted to kick the deputies as they were placing the cord cuffs. I assisted the deputies by holding Lucky's left shoulder down with both my hands to prevent him from moving toward us. It took several deputies to subdue Lucky based on his aggressive and assaultive behavior after he attempted to kick them several times.

I used force on Lucky by holding his left shoulder down when the cord cuffs were being applied to prevent him from attacking me or my partners. Lucky continued to displayed aggressive and assaultive behavior towards deputies by attempting to kick the deputies as he was being secured. The force used was reasonable and necessary to prevent him from assaulting additional deputies. If I did not use force, Lucky could have turned and assaulted me or other deputies. The force was effective in subduing Lucky. (See deputy reports submitted by involved deputies.)

Deputy Allen, Fischer and Lee carried Lucky outside of the residence placed him in a recovery position. Lakeside paramedics evaluated Lucky and the Deputies on scene. Lucky was placed onto a gurney in the recovery position. Several deputies and I were holding Lucky as he was still resisting on the Gurney. I held Lucky's head down with both my hands to prevent him from moving from the recovery position.

I observed Deputy Collins had blood all over his face with blood dripping onto his uniform. Deputy Collins magazines were missing from his gunbelt. Deputy Krull appeared very exhausted and was in shock. Lakeside paramedics were treating both deputies.

I was advised by deputies that Deputy Collins' magazines, radio, flashlight, and Taser cartridges were still on the ground after they were removed by Lucky. Deputy Pugh and Deputy Brooke took photographs of the scene, injured Deputies and Lucky. Deputy Fischer retrieved all of Deputy Collins gear.

I returned to the residence to obtain a statement from Lucky's wife, Loan Nguyen. Loan told me the following.

| Reporting Officer<br>SH3141 - CARBAJAL, SANDRA (JANET) | Division / Organization<br>Santee Station<br>SANTEE PATROL | Reviewed By |
|---|---|---|
| Report Date<br>4/14/2015 12:15:50 AM | Detective Assigned<br>SH2658 - PATTERSON, BRIAN | Reviewed Date |
| NetRMS_CASDCR.rtf v11-15-06 | Printed | Printed: April 21, 2015 - 12 51 PM |

Exhibit 9   Page 260



## San Diego County Sheriff's Department
### Crime/Incident Report

| | |
|---|---|
| CAD Event No.: E2445548 | Case No. 15118678 |
| Primary Victim: Collins, M | Report No. 15118678.1 |

**9**
Page 9 of 10

**STATEMENTS:**

Statement of Loan Nguyen (Witness):
Lucky went to Coachella on Thursday and came back on Sunday night. That Sunday, Lucky told Loan he tried ecstasy and acid while he was at Coachella. Lucky was feeling really strange and awkward. On 4/13/14 at about 1700 hours, Lucky started to act very strange saying someone was after him. Lucky would walk up to the windows in a paranoid manner and look outside as if someone was after him. Loan said lucky had not slept since Tuesday. Loan told her father to get some sleeping pills for Lucky.

Lucky located a phone and started to dial 911 because he thought someone was after him. Lucky was inside the bedroom with Loan when deputies arrived. Two deputies attempted to calm Lucky down by talking to him. Loan said the deputies explained to Lucky they were there to help him. The deputies told Lucky they would have to conduct a pat down on him for weapons and it was protocol. The male deputy asked Lucky to put his hands on his head so he could search him for weapons. Lucky placed his hands behind his back and started resisting when the Deputies approached him. Loan heard the deputies tell Lucky "I'm going to Taser you." At this point, everything became a "blur" to Loan. Loan recalls closing the door. Lucky was standing at the master bedroom doorway and being Tased by the deputies. Once Lucky was Tased by the deputies he was going "crazy." This concluded Loan's statement

**INVESTIGATION (Cont.)**

I retrieved Lucky's sweater that was located in the hallway full of blood and Taser prongs for evidence.

Deputy Collins and Deputy Krull were transported to Grossmont Hospital for treatment. Deputy Chandler obtained a detailed statement form Collins and Deputy Riggin interviewed Deputy Krull. Both Deputies were interviewed at Grossmont Hospital.

Lucky was transported to Grossmont Hospital by Lakeside Paramedics #2. Deputy Fischer rode with paramedics and Deputy Brooke followed in my marked patrol vehicle. At about 2310 hours, Deputy Fischer broadcasted that Lucky was not breathing and CPR was in progress.

Upon arrival to Grossmont hospital, Deputies Fischer and Brooke removed the handcuffs from Lucky's wrists and the maximum restraints from his feet. Lakeside Paramedics were conducting CPR on Lucky as they brought him into the hospital. (See Deputy Fischer and Deputy Brooke's report for details.)

Deputy Brooke advised me Lucky was breathing again and he was placed on a ventilator. I requested a phlebotomist to Deputy Brooke's location to retrieve blood from Lucky. Phlebotomist Joalyn Olalia arrived to obtain a blood sample from Lucky. Deputy Fischer witnessed the blood being obtained.

Deputy Brooke placed Lucky on a 5150 W&I 72 hour psychiatric hold. (See Deputy Brookes report #15118686.)

On 4/14/15, Deputy Fischer provided me the sealed envelope that contained Lucky's blood vials. I placed the blood vials into Santee Evidence. I placed the sweater into evidence dryer.

| Reporting Officer | Division / Organization | Reviewed By |
|---|---|---|
| SH3141 - CARBAJAL, SANDRA (JANET) | Santee Station SANTEE PATROL | |
| Report Date 4/14/2015 12:15:50 AM | Detective Assigned SH2658 - PATTERSON, BRIAN | Reviewed Date |

NetRMS_CASDCR rtf v11-15-06                 Pri                                   April 21, 2015 - 12:51 PM

Exhibit 9    Page 261



| | San Diego County Sheriff's Department<br>Crime/Incident Report | | |
|---|---|---|---|
| CAD Event No.: E2445548 | | Case No. 15118678 | **10** |
| Primary Victim: Collins, M | | Report No. 15118678.1 | Page 10 of 10 |

I conducted a follow-up on Deputy Collins and Deputy Krull's injuries. I took photographs of both of the deputies' injuries.

I returned to the Santee Station evidence room and placed the sweater and photographs into evidence.

This completed my investigation.

EVIDENCE:
1. Blood sample
2. Cd containing pictures
3. Sweater

INJURIES:
Lucky sustained bruising and swelling to both eyes.

Deputy Krull sustained bruising on the right side of her cheek, complaint of pain and dizziness and chest pain.

Corporal Collins sustained bruising to both eyes, broken nose, complaint of pain and a headache.

PROPERTY DAMAGE:
Front door was broken and a hole on the hallway wall.

ADDITIONAL REPORTS:
Deputy Brooke, Deputy Pugh, Deputy Martinson, Deputy Fischer, Deputy Allen, Deputy Riggin, Deputy Chandler, Deputy Silva, Deputy Tennison and Deputy Lee.

| Reporting Officer<br>SH3141 - CARBAJAL, SANDRA (JANET) | Division / Organization<br>Santee Station<br>SANTEE PATROL | Reviewed By |
|---|---|---|
| Report Date<br>4/14/2015 12:15:50 AM | Detective Assigned<br>SH2658 - PATTERSON, BRIAN | Reviewed Date |

NetRMS_CASDCR.rtf v11-15-06  Printed: April 21, 2015 - 12:51 PM

Exhibit 9   Page 262