# EXHIBIT A



Transcript of the Testimony of:

# Gary Michael Vilke, M.D.

K.J.P.

v.

County of San Diego

July 14, 2017

Volume I

P: 877.771.3312 | F: 877.561.5538 | litivate.com

Gary Michael Vilke, M.D.                                      July 14, 2017

```
 1      A    I believe it was the wife.
 2      Q    Okay.  Do you know what you're base -- what
 3   you're basing that on?
 4      A    My -- my recall.  I just -- I remember
 5   reviewing it, but it wasn't critical to my opinions as
 6   far as the taser and the medic care.  So I didn't put it
 7   to memory, basically.
 8      Q    All right.
 9           So do you offer any opinion as to whether or
10   not Mr. Phounsy was suffering from excited delirium
11   syndrome at the time of the incident?
12      A    I'm not planning to opine on that.
13      Q    Okay.
14           So can I just give a lay person, just general
15   understanding of your opinions in this case?  And tell
16   me if this is accurate or if it's too dumbed down.
17           Essentially, your opinion in this case is that
18   Mr. Phounsy had an underlying cardiac disease.  He was
19   also suffering from acute drug-induced agitation at the
20   time of the incident with the Sheriff's deputies which
21   led to kidney renal failure which caused severe
22   hyperkalemia which caused Mr. Phounsy's cardiac arrest.
23           Is that a fair assumption of your overall
24   medical opinions in this case?  I'm not talking about
25   the paramedics and what they did or didn't do.  But with
```

Gary Michael Vilke, M.D.                                              July 14, 2017

```
 1   BY MR. McBRIDE:
 2        Q    All right.  Doctor, you mentioned bath salts or
 3   cathinones.
 4             Do you have any -- do you think Mr. Phounsy was
 5   under the influence of bath salts at the time of the
 6   incident?
 7        A    I have no reason to believe he was -- had taken
 8   anything.  Certainly, at Coachella lots of things happen
 9   there.
10             But from the perspective of do I have any
11   objective data to say that he was on anything else than
12   the MDMA, I can't say, no.
13        Q    So would you agree that to say Mr. Phounsy was
14   on bath salts at the time of the incident based on the
15   evidence and document you've reviewed would be
16   speculative?
17        A    Correct.
18        Q    Okay.
19             Let's talk about your opinion regarding the
20   failure of Mr. Phounsy's kidneys.  So you believe
21   Mr. Phounsy's kidneys failed?
22        A    He was having renal insufficiency or renal --
23   renal dysfunction.
24        Q    Okay.  What was the level of Mr. Phounsy's
25   renal dysfunction?
```

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com