# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.J.P., a minor, and K.P.P., a minor, individually, by and through their mother, LOAN THI MINH NGUYEN, who also sues individually and as successor in interest to her now deceased husband, Lucky Phounsy,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; RICHARD FISCHER,<br><br>Defendants. | Case No.: 3:15-cv-02692-H-MDD<br><br>**ORDER:**<br><br>**ORDER REGARDING SUPPLEMENTAL BRIEFING**<br><br>**ORDER DENYING DEFENDANTS' EX PARTE MOTION TO EXPEDITE RULING ON DEFENDANTS' MOTION FOR JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 50(a) AND 50(b)**<br><br>[Doc. No. 412.] |

On August 30, 2021, Defendants filed a motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a). (Doc. No. 354.) On September 12, 2021, Defendants filed a motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(b). (Doc. No. 386.) On September 13, 2021, Plaintiffs filed their response in opposition to Defendants' Rule 50(a) motion. (Doc. No. 388.) On September 16, 2021,

Plaintiffs filed their response in opposition to Defendants' Rule 50(b) motion. (Doc. No. 397.) On September 30, 2021, Defendants filed their replies in support of their Rule 50(a) motion, (Doc. No. 409), and Rule 50(b) motion. (Doc. No. 408.) On October 18, 2021, Defendants filed an ex parte motion for the Court to expedite its ruling on Defendants' Rule 50(a) and 50(b) motions. (Doc. No. 412.)

On October 18, 2021, the Supreme Court of the United States issued opinions in <u>City of Tahlequah, Oklahoma v. Bond</u>, 595 U.S. ___ (2021) and <u>Rivas-Villegas v. Cortesluna</u>, 595 U.S. ___ (2021). The parties are to file briefings on the effect, if any, the opinions have on Defendants' pending Rule 50(a) and Rule 50(b) motions (Doc. Nos. 354, 386.) Defendants' brief is due on or before **Friday, October 22, 2021**. Plaintiffs' opposition brief is due on or before **Friday, October 29, 2021**. Defendants should not file a reply brief absent further order from the Court. Pursuant to Civil Local Rule 7.1(h), briefs must not exceed twenty-five (25) pages in length without leave of the Court. Briefs exceeding ten (10) pages in length must have a table of contents and a table of authorities cited.

In light of the requested additional briefing, the Court denies Defendants' motion for an expedited ruling on their Rule 50(a) and Rule 50(b) motions. (Doc. No. 412.)

**IT IS SO ORDERED.**

DATED: October 19, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT