| 1 | RONALD LENERT, Senior Deputy (State Bar No. 277434)
SYLVIA S. ACEVES, Senior Deputy (State Bar No. 267381)
**Office of County Counsel**
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5805;  Fax: (619) 531-6005
E-mail: ronald.lenert@sdcounty.ca.gov; sylvia.aceves@sdcounty.ca.gov

Attorneys for Defendant COUNTY OF SAN DIEGO

MILDRED K. O'LINN (State Bar No. 159055)
STEVEN J. RENICK (State Bar No. 101255)
SCOTT WM. DAVENPORT (State Bar No. 159432)
**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900; Fax (213) 624-6999
E-mail: mko@manningllp.com; sjr@manningllp.com; swd@manningllp.com

Attorneys for Defendant RICHARD FISCHER

JEFFREY P. MICHALOWSKI (SBN 248073)
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: (619) 237-5200: Facsimile: (619) 615-0700
Email: jmichalowski@paulplevin.com

Attorney for Defendant COUNTY OF SAN DIEGO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| K.J.P., a minor, and K.P.P., a minor, individually, by and through their mother, LOAN THI MINH NGUYEN, who also sues individually and as successor in interest to her now deceased husband, Lucky Phounsy, and KIMBERLY NANG CHANTHAPHANH, individually, <br><br>   Plaintiffs, <br>      v. <br><br> COUNTY OF SAN DIEGO and RICHARD FISCHER <br><br>   Defendants. | No. 15cv2692-H(MDD) <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR NEW TRIAL PURSUANT TO F.R.C.P. 59** <br><br> Date: June 13, 2022 <br> Time: 10:30 a.m. <br> Dept.: 15A - Courtroom of the Honorable Marilyn L. Huff |

TO: PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 13, 2022, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Marilyn L. Huff, United States District Judge, located at 221 West Broadway, San Diego, California, Defendants County of San Diego and Richard Fischer will and hereby do move the Court for an order granting a new trial, pursuant to Federal Rule of Civil Procedure 59, for the following reasons:

(1) The verdict was against the clear weight of the evidence. *See Newton v. Equilon Enters.,* LLC, 411 F. Supp. 3d 856, 865 (N.D. Cal. 2019).

(2) The Court's evidentiary holdings rulings as to Fischer and Phounsy were inconsistent, and denied Defendants the opportunity to fairly present their case. *See* Fed. R. Evid. 404(a)(1); Fed. R. Evid. 406; *Michelson v. United States*, 335 U.S. 469, 476 (1948).

(3) The Court reached groundless and often inconsistent decisions that consistently favored Plaintiffs.

(4) The Court permitted Plaintiffs to argue for the liability of Defendants that had been dismissed with prejudice, and juror confusion is evident on the face of the verdict.

(5) There were multiple errors in the jury instructions and verdict form.

(6) Opposing counsel committed misconduct at trial that permeated the entire trial. *Sutkiewicz v. Monroe County Sheriff*, 110 F.3d 352, 361 (6th Cir. 1997); *Tesser v. Board of Ed. of City School Dist. of City of New York*, 370 F.3d 314, 321 (2nd Cir. 2004); *California Sansome Co. v. United States Gypsum*, 55 F.3d 1402, 1405 (9th Cir. 1995).

(7) The jury's damages award was excessive, internally consistent, and had no basis in logic or reason, indicating that it was the product of speculation, passion or prejudice. *See Del Monte Dunes at Monterey, Ltd. v. City of Monterey*, 95 F.3d 1422, 1435 (9th Cir. 1996); *Fox v. Hayes*, 600 F.3d 819, 845 (7th Cir. 2010).

(8) The jury's allocation of fault is not supported by the evidence.

This motion is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, the exhibits and declarations attached filed concurrently herewith, on all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

DATED: April 14, 2022         PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: */s/ Jeff Michalowski*
JEFF MICHALOWSKI
Attorney for Defendant COUNTY OF SAN DIEGO

Dated: April 14, 2022         MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP

By: */s/ Mildred K. O'Linn*
MILDRED K. O'LINN
STEVEN J. RENICK
SCOTT WM. DAVENPORT
Attorneys for Richard Fischer