UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| K.J.P., a minor, individually, by and through their mother, Loan Thi Minh Nguyen; et al., <br><br> Plaintiffs-Appellees, <br><br> and <br><br> KIMBERLY NANG CHANTHAPHANH, individually, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN DIEGO; RICHARD FISCHER, Sheriff's Department deputy (#3003), <br><br> Defendants-Appellants, <br><br> and <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT; et al., <br><br> Defendants. | No. 22-55392 <br><br> D.C. No. 3:15-cv-02692-H-MDD Southern District of California, San Diego <br><br> ORDER |

The court's records reflect that the notice of appeal was filed during the pendency of timely filed motions listed in Federal Rule of Appellate Procedure 4(a)(4). The notice of appeal is therefore ineffective until entry of the order disposing of the last such motion outstanding. *See* Fed. R. App. P. 4(a)(4).

LCC/MOATT

Accordingly, appellate proceedings other than mediation will be held in abeyance pending the district court's resolution of the pending motions. *See Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

Within 7 days after the district court's ruling(s) on the pending motions, appellants must notify this court in writing and advise whether appellants intend to prosecute this appeal.

To appeal the district court's ruling(s) on the post-judgment motions, appellants must file an amended notice of appeal within the time prescribed by Federal Rule of Appellate Procedure 4.

The Clerk will serve this order on the district court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7