RONALD LENERT (SBN 277434)
ronald.lenert@sdcounty.ca.gov
SYLVIA ACEVES (SBN 267381)
sylvia.aceves@sdcounty.ca.gov
**Office of County Counsel**
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: 619-531-5805
Facsimile: 619-531-6005

Attorneys for Defendant COUNTY OF SAN DIEGO

MILDRED K. O'LINN (SBN 159055)
mko@manningllp.com
STEVEN J. RENICK (SBN 101255)
sir@manningllp.com
SCOTT WM. DAVENPORT (SBN 159432)
swd@manningllp.com
**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: 213-624-6900
Facsimile: 213-624-6999

Attorneys for Defendant RICHARD FISCHER

*(Additional Counsel on next page)*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.J.P., a Minor, and K.P.P., a Minor, individually, by and through their mother, LOAN THI MING NGUYEN, who also sues individually and as successor in interest to her now deceased Husband, Lucky Phounsy, and KIMBERLY NANG CHANTHAPHANH, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendant. | Case No. 15cv2692-H(MDD)<br><br>**MOTION TO ADJUST PAGE LIMITS FOR DEFENDANTS' REPLIES IN SUPPORT OF RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO F.R.C.P. 50(b) AND MOTION FOR NEW TRIAL PURSUANT TO RULE 59**<br><br>Judge:      Marilyn L. Huff<br>Crtrm.:     15A |

1  JEFF MICHALOWSKI (SBN 248073)
   jmichalowski@pauplevin.com
2  **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
   101 West Broadway, Ninth Floor
3  San Diego, California 92101-8285
   Telephone: 619-237-5200
4  Facsimile: 619-615-0700

5  Attorney for Defendant COUNTY OF SAN DIEGO

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

Case No. 15cv2692-H(MDD)
MOTION TO ADJUST PAGE LIMITS FOR POST-TRIAL MOTIONS

This action is proceeding against an entity defendant (County of San Diego) and one individual defendant (Richard Fischer). In an effort to increase the efficiency, clarity, and simplicity of the post-trial motions, defendants jointly filed a motion for judgment pursuant to Rule 50(b) (Doc No. 552), and jointly filed a motion for new trial. pursuant to Rule 59 (Doc No. 551). Plaintiffs opposed both motions. (Doc Nos. 562–564.)

Defendants' replies are due on May 23, 2022. The Local Rules provide for a 10-page reply, but defendants move for leave to file a 15-page reply in support of their joint 50(b) motion; and a 15-page reply in support of their joint 59 motion. There is good cause to authorize these page limit modifications:

1. Defendants wish to file a joint reply on behalf of two separately represented parties. The defendants' arguments overlap in some respects, but are distinct in others. For example, Defendant Fischer argues for qualified immunity (which is not available to the County); the County argues against *Monell* liability (which does not apply to Fischer). Although defendants are each entitled to their own replies of 10 pages each in response to each motion, it would increase the efficiency, clarity, and simplicity of the post-trial motions for defendants to file joint replies of 15 pages in response to each motion.

2. The 10-page reply limit is designed for ordinary motions in ordinary cases. This is not an ordinary motion – it is a post-trial motion that follows two jury trials. And this is not an ordinary case – rather, it involves a verdict of $85,000,000.

There is good cause for an additional five pages.

| | | |
|---|---|---|
| Dated: May 13, 2022 | | PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP |
| | By: | */s/ Jeff Michalowski* |
| | | JEFF MICHALOWSKI |
| | | Attorneys for Defendant COUNTY OF SAN DIEGO |
| Dated: May 13, 2022 | | MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP |
| | By: | */s/ Steven J. Renick* |
| | | STEVEN J. RENICK |
| | | Attorneys for Defendant RICHARD FISCHER |

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING**, this Court approves defendants' filing of a 15-page Joint Reply in support of defendants' Renewed Motion for Judgment as a Matter of Law Pursuant to F.R.C.P. 50(b); and a 15-page Joint Reply in support defendants' Motion for New Trial Pursuant to F.R.C.P. 59.

**IT IS SO ORDERED.**

DATED: May __, 2022

_____
Hon. Marilyn L. Huff