

PLAINTIFF'S EXHIBIT 069

PLAINTIFF'S
EXHIBIT
073