# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.J.P., a minor, and K.P.P., a minor, individually, by and through their mother, LOAN THI MINH NGUYEN, who also sues individually and as successor in interest to her now deceased husband, Lucky Phounsy,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; RICHARD FISCHER,<br><br>Defendants. | Case No.: 3:15-CV-02692-H-MDD<br><br>**ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE AND GRANTING MOTION TO AMEND**<br><br>[Doc. No. 597.] |

On September 14, 2022, Plaintiffs filed a motion for reconsideration regarding this Court's August 16, 2022 order (1) denying defendants' motion for judgement as a matter of law and (2) granting in part and denying in part defendants' motion for a new trial. (Doc. No. 595.) Plaintiffs improperly filed this motion without first obtaining a hearing date from chambers. Pursuant to the provisions of Civil Local Rule 7.1(b), "[a]ll hearing dates for any matters on which a ruling is required must be obtained from the Clerk of the judge to whom the case is assigned." S.D. Cal. Civ. L. R 7.1(b).

On September 21, 2022, Plaintiffs filed an ex parte motion to amend their motion

for reconsideration. (Doc. No. 597.) There is no evidence before the Court indicating that Plaintiffs' request is made in bad faith, would result in any prejudice, or would be futile. See Johnson v. Buckley, 356 F.3d 1067, 1077 (9th Cir. 2004). Accordingly, the Court grants Plaintiffs' motion to amend their motion for reconsideration.

The Court sets a hearing on this motion for reconsideration for **Monday, October 24, 2022** at **10:30 a.m.** Defendants must file any opposition by **October 7, 2022**. Plaintiffs must file any reply by **October 17, 2022**.

**IT IS SO ORDERED.**

DATED: September 30, 2022

Hon. Marilyn L. Huff
United States District Judge