GERALD SINGLETON (State Bar No. 208783)
MARK F. FLEMING (State Bar No. 165770)
KIMBERLY TRIMBLE (State Bar No. 288682)
SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel:   (619) 771-3473
Fax:   (619) 255-1515
Email:   gsingleton@singletonschreiber.com
         mfleming@singletonschreiber.com
         ktrimble@singletonschreiber.com

TIMOTHY SCOTT (State Bar No. 215074)
MARCUS BOURASSA (State Bar No. 316125)
McKENZIE SCOTT PC
1350 Columbia St.
San Diego, CA 92101
Tel:   (619) 794-0451
Fax:   (619) 652-9964
Email:   tscott@mckenziescott.com
         mbourassa@mckenziescott.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.J.P. et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO et al., <br><br> Defendants. | Case No. 3:15-cv-2692-H-MDD <br><br> **Joint Motion to Vacate All Filing Deadlines, Vacate the November 1, 2022 Damages-Only Trial Date, and Set a Status Conference** |

On October 4, 2022, this Court issued an Order granting the parties joint motion to continue deadlines and issuing an amended scheduling order setting deadlines for filings in advance of the November 1, 2022, damages-only trial date. *See* Order on Jt. Mot, Dkt. 609. This Order was based on the parties' joint representation that Defendants needed additional time to contemplate settlement, and that the earliest approval would be October 12, 2022.

The parties have now reached a settlement but need additional time to complete the appropriate paperwork. To avoid unnecessary work when a settlement has been reached, the parties now jointly move to vacate all filing deadlines as well as the November 1, 2022, damages-only trial date. The parties request that the Court set a status conference no sooner than November 2, 2022, to ensure that settlement is finalized in a timely manner.

Dated: October 19, 2022     SINGLETON SCHREIBER, LLP


                            By:  */s/ Kimberly Trimble*
                                 Mark Fleming
                                 Kimberly Trimble
                                 Attorneys for Plaintiffs


Dated: October 19, 2022     CLAUDIA G. SILVA, County Counsel


                            By:  */s/ Sylvia S. Aceves*
                                 Sylvia S. Aceves, Senior Deputy
                                 Attorneys for Defendants County of San
                                 Diego and Richard Fischer