# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.J.P., a minor, and K.P.P., a minor, individually, by and through their mother, LOAN THI MINH NGUYEN, who also sues individually and as successor in interest to her now deceased husband, Lucky Phounsy,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; RICHARD FISCHER,<br><br>Defendants. | Case No.: 3:15-CV-02692-H-MDD<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO VACATE DATES AND DEADLINES IN LIGHT OF SETTLEMENT; AND**<br><br>[Doc. No. 611.]<br><br>**(2) DENYING ALL PENDING MOTIONS WITHOUT PREJUDICE AS MOOT IN LIGHT OF THE SETTLEMENT**<br><br>[Doc. Nos. 595, 599, 600, 601, 602, 603, 604, 605.] |

On August 30, 2022, the Court issued a scheduling order. (Doc. No. 585.) On October 4, 2022, the Court issued an amended scheduling order. (Doc. No. 609.) On October 19, 2022, the parties filed a joint motion to vacate all dates and deadlines set forth in the Court's October 4, 2022 amended scheduling order, including the November 1, 2022 trial date. (Doc. No. 611.) In the joint motion, the parties represent that they have reached

a settlement. (Id.)

For good cause shown, the Court grants the joint motion, and the Court vacates all dates and deadlines set forth in the Court's October 4, 2022 amended scheduling order, including the November 1, 2022 trial date. In addition, the Court denies all pending motions without prejudice as moot in light of the parties' settlement. (Doc. Nos. 595, 599, 600, 601, 602, 603, 604, 605.) The Court orders the Magistrate Judge to schedule a settlement disposition conference.

**IT IS SO ORDERED.**

DATED: October 19, 2022

_____
Hon. Marilyn L. Huff
United States District Judge